# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　Plaintiff,<br>v.<br><br>ARISTA NETWORKS, INC.<br><br>　　　　Defendant. | CIVIL ACTION NO. 6:20-cv-01083-ADA<br><br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S CORPORATE DISCLOSURES

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development provides the following disclosures:

1.　Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development declares that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

Dated: November 25, 2020

Respectfully submitted,

By: */s/ Max L. Tribble, Jr.*
　　Max L. Tribble, Jr.
　　State Bar No. 2021395
　　Shawn Blackburn *(pro hac vice)*
　　State Bar No. 24089989
　　Bryce T. Barcelo *(pro hac vice)*
　　State Bar No. 24092081
　　SUSMAN GODFREY L.L.P.
　　1000 Louisiana Street, Suite 5100
　　Houston, Texas 77002-5096
　　Telephone: (713) 651-9366
　　Fax: (713) 654-6666
　　mtribble@susmangodfrey.com
　　sblackburn@susmangodfrey.com
　　bbarcelo@susmangodfrey.com

Kalpana Srinivasan *(pro hac vice)*
State Bar No. 237460
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

**COUNSEL FOR PLAINTIFF WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT**