IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　Defendant. | §<br>§<br>§<br>§ CIVIL ACTION No. 6:20-cv-01083-ADA<br>§<br>§ JURY TRIAL DEMANDED<br>§<br>§<br>§<br>§ |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT ARISTA NETWORKS, INC. TO ANSWER OR OTHERWISE RESPOND**

Defendant Arista Networks, Inc. moves for a 45-day extension to answer or otherwise respond to Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's Complaint for Patent Infringement and Jury Demand (the "Complaint") filed on November 25, 2020.

Defendant's deadline to answer or otherwise respond to the Complaint is currently December 21, 2020. With a 45-day extension, Defendant's answer or other response would be due on February 4, 2021. This motion is not brought for the purpose of delay. Rather, this extension is necessary due to the holidays and because Defendant is in the process of retaining counsel. As a result, Defendant needs additional time to answer or otherwise respond to the Complaint.

Counsel for Defendant has conferred with counsel for Plaintiff. This motion is unopposed. Accordingly, Defendant Arista Networks, Inc. requests the Court grant the foregoing motion and enter an Order extending its deadline to answer or otherwise respond to the Complaint to February 4, 2021.

Dated:  December 15, 2020.

          Respectfully submitted,

          */s/ Paige Arnette Amstutz*
          Paige Arnette Amstutz
          Texas State Bar No. 00796136
          SCOTT, DOUGLASS & MCCONNICO, LLP
          303 Colorado Street, Suite 2400
          Austin, TX  78701
          Telephone:  (512) 495-6300
          Facsimile:  (512) 495-6399
          pamstutz@scottdoug.com

          *Counsel for Defendant*
          *Arista Networks, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on December 15, 2020, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

          */s/ Paige Arnette Amstutz*
          Paige Arnette Amstutz