# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br>v.<br><br>ARISTA NETWORKS, INC.,<br><br>    Defendant. | § § § § § § § § § § § | CIVIL ACTION No. 6:20-cv-01083-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT ARISTA NETWORKS, INC. TO ANSWER OR OTHERWISE RESPOND

BEFORE THE COURT is the Unopposed Motion for Extension of Time for Defendant Arista Networks, Inc. to Answer or Otherwise Respond (the "Unopposed Motion"). The Court has considered the Unopposed Motion and finds that it should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that the deadline for Defendant Arista Networks, Inc. to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement is extended until February 4, 2021.

SIGNED this _____ day of _____, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE