UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS, LLC D/B/A BRAZOS
LICENSING AND DEVELOPMENT
vs.                                                           Case No.: 6:20-cv-1083-ADA
ARISTA NETWORKS, INC.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Jeffrey G. Homrig__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __Arista Networks, Inc.__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __Latham & Watkins LLP__ with offices at:

   Mailing address: __140 Scott Drive__

   City, State, Zip Code: __Menlo Park, CA 94025__

   Telephone: __650.328.4600__     Facsimile: __650.463.2600__

2. Since __12/3/2001__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __California__.

   Applicant's bar license number is __215890__.

3. Applicant has been admitted to practice before the following courts:

   Court:                                          Admission date:

   __See Attachment A__

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):   N/A

5. I [X] have [ ] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 6:20-CV-00087-ADA on the 13th day of April, 2020.
   Number: 6:20-cv-00749-ADA on the 10th day of November, 2020.
   Number: _____ on the ____ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: __Paige A. Amstutz__

Mailing address: __Scott Douglass & McConnico, 303 Colorado Street, Suite 2400__

City, State, Zip Code: __Austin, TX 78701__

Telephone: __512.495.6300__

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of __Jeffrey G. Homrig__ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

__Jeffrey G. Homrig__
[printed name of Applicant]

__[signature]__
[signature of Applicant]

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __8th__ day of __February__, __2021__.

__Jeffrey G. Homrig__
[printed name of Applicant]

__[signature]__
[signature of Applicant]

Jeffrey G. Homrig
Admitted to practice before the following Courts

| Court | Admitted |
|---|---|
| Central District of California | 1/18/2002 |
| Northern District of California | 2/8/2002 |
| Eastern District of California | 4/21/2005 |
| Southern District of California | 4/25/2005 |
| Court of Appeals for the Fed. Circuit | 2/9/2006 |
| Eastern District of Texas | 5/12/2010 |