UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS, LLC D/B/A BRAZOS
LICENSING AND DEVELOPMENT
vs.                                                                    Case No.:  6:20-cv-1083-ADA
ARISTA NETWORKS, INC.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Linfong Tzeng , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent  Arista Networks, Inc.  in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Latham & Watkins LLP with offices at:

    Mailing address:  140 Scott Drive

    City, State, Zip Code:  Menlo Park, CA 94025

    Telephone:  650.328.4600       Facsimile:  650.463.2600

2. Since  2012 , Applicant has been and presently is a member of and in good standing with the Bar of the State of  California .
Applicant's bar license number is  281798 .

3. Applicant has been admitted to practice before the following courts:

    Court:                                                              Admission date:
    US District Court ND Californa                      4/2/2012
    US District Court SD California                      7/10/2014

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):   N/A

5. I [X] have [ ] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: __6:19-cv-00236-ADA__ on the __1st__ day of __September__, __2020__.
   Number: __6:20-cv-00749-ADA__ on the __10th__ day of __November__, __2020__.
   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Paige A. Amstutz

Mailing address: Scott Douglass & McConnico, 303 Colorado Street, Suite 2400

City, State, Zip Code: Austin, TX 78701

Telephone: 512.495.6300

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Linfong Tzeng to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Linfong Tzeng
[printed name of Applicant]

*/signature/*
[signature of Applicant]

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 8th day of February, 2021.

Linfong Tzeng
[printed name of Applicant]

*/signature/*
[signature of Applicant]