UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS, LLC D/B/A BRAZOS
LICENSING AND DEVELOPMENT

Case No.: 6:20-cv-1083-ADA

vs.

ARISTA NETWORKS, INC.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Richard G. Frenkel__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __Arista Networks, Inc.__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __Latham & Watkins LLP__ with offices at:

    Mailing address: __140 Scott Drive__

    City, State, Zip Code: __Menlo Park, CA 94025__

    Telephone: __650.328.4600__   Facsimile: __650.463.2600__

2. Since __12/6/1999__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __California__. Applicant's bar license number is __204133__.

3. Applicant has been admitted to practice before the following courts:

    Court:   Admission date:

    See attached.

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

    N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

    Number: 6:19-cv-00708-ADA  on the 21  day of February  , 2020 .
    Number: _____  on the ___  day of _____  , _____ .
    Number: _____  on the ___  day of _____  , _____ .

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

    N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

    N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Paige A. Amstutz

Mailing address: Scott Douglass & McConnico, 303 Colorado Street, Suite 2400

City, State, Zip Code: Austin, TX 78701

Telephone: 512-495-6300

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Richard G. Frenkel to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Richard G. Frenkel
[printed name of Applicant]

*/s/ Richard G. Frenkel*
[signature of Applicant]

# CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 8th day of February, 2021.

Richard G. Frenkel
[printed name of Applicant]

*/s/ Richard G. Frenkel*
[signature of Applicant]

Richard G. Frenkel

Admitted to practice before the following Courts

| Court | Admitted |
|---|---|
| Central District of California | 12/6/1999 |
| U.S. Court of Appeals for the Fed. Circuit | 11/28/2000 |
| Northern District of California | 3/8/2002 |
| Southern District of California | 2/19/2009 |
| Eastern District of Texas | 5/20/2015 |
| Eastern District of Michigan | 2/12/2016 |
| U.S. Supreme Court | 4/3/2017 |
| District of Colorado | 6/28/2018 |