UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,**<br><br>Plaintiff,<br><br>v.<br><br>**ARISTA NETWORKS, INC.,**<br><br>Defendant | Case No. 6:20-cv-1083-ADA<br><br>**JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Defendant Arista Networks, Inc. ("Arista"), hereby provide the following status report in advance of the initial Case Management Conference ("CMC").

## FILING AND EXTENSIONS

Brazos's Complaint was filed on November 25, 2020. There has been one extension for a total of 45 days (to February 4, 2021).

## RESPONSE TO THE COMPLAINT

Arista filed its Answer to the Complaint on February 4, 2021. No counterclaims were filed.

## PENDING MOTIONS

No motions are pending before the Court.

## RELATED CASES IN THIS JUDICIAL DISTRICT

There are no related cases in this Judicial District.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Brazos has asserted three patents. Brazos has not yet served its preliminary infringement contentions, but currently anticipates asserting the number of claims identified in the table below for each patent:

| Patents | # of Anticipated Asserted Claims |
|---|---|
| U.S. Patent No. 7,409,715 | 20 |
| U.S. Patent No. 8,472,447 | 19 |
| U.S. Patent No. 9,450,884 | 20 |

## APPOINTMENT OF TECHNICAL ADVISER

The parties do not request a technical adviser to be appointed to the case.

## MEET AND CONFER STATUS

Brazos and Arista met and conferred on February 10, 2021. The parties have no pre-*Markman* issues to raise at the CMC.

Dated: February 11, 2021

Respectfully Submitted,

By: */s/ Max L. Tribble, Jr.*
    Max L. Tribble, Jr.
    State Bar No. 2021395
    Shawn Blackburn *(pro hac vice)*
    State Bar No. 24089989
    Bryce T. Barcelo *(pro hac vice)*
    State Bar No. 24092081
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002-5096
    Tel.: (713) 651-9366
    Fax: (713) 654-6666
    mtribble@susmangodfrey.com
    sblackburn@susmangodfrey.com
    bbarcelo@susmangodfrey.com

    Kalpana Srinivasan *(pro hac vice)*
    State Bar No. 237460
    Raymond K. Wright *(pro hac vice)*
    State Bar No. 331950
    SUSMAN GODFREY L.L.P.
    1900 Avenue of the Stars, 14th Floor
    Los Angeles, California 90067-6029
    Tel.: (310) 789-3100
    Fax: (310) 789-3150
    ksrinivasan@susmangodfrey.com
    rwright@susmangodfrey.com

    ***Attorneys for Plaintiff WSOU Investments, LLC***


By: */s/ Paige Arnette Amstutz*
    Paige Arnette Amstutz
    Texas State Bar No. 00796136
    SCOTT, DOUGLASS & MCCONNICO, LLP
    303 Colorado Street, Suite 2400
    Austin, TX 78701
    Tel.: (512) 495-6300
    Fax: (512) 495-6399
    pamstutz@scottdoug.com

    Douglas E. Lumish *(pro hac vice)*

        Jeffrey G. Homrig (*pro hac vice*)
        Richard G. Frenkel (*pro hac vice*)
        Linfong Tzeng (*pro hac vice*)
        LATHAM & WATKINS LLP
        140 Scott Drive
        Menlo Park, CA 94025
        Tel: (650) 328-4600
        Fax: (650) 463-2600
        Doug.Lumish@lw.com
        Jeff.Homrig@lw.com
        Rick.Frenkel@lw.com
        Linfong.Tzeng@lw.com

        Amit Makker (*pro hac vice*)
        LATHAM & WATKINS LLP
        505 Montgomery Street, Suite 2000
        San Francisco, CA 94111
        Tel: (415) 391-0600
        Fax: (415) 395-8095
        Amit.Makker@lw.com

        ***Attorneys for Defendant***
        ***Arista Networks, Inc.***