IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiffs,<br><br>v.<br><br>ARISTA NETWORKS, INC.,<br><br>Defendant. | Civil Action No. 6:20-cv-1083-ADA<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF JEFFRY G. HOMRIG IN SUPPORT OF ARISTA'S MOTION TO TRANSFER VENUE

I, Jeffrey G. Homrig, hereby declare:

1. I am an attorney at the law firm of Latham & Watkins LLP, 140 Scott Drive, Menlo Park, CA 94025. I am counsel for Defendant Arista Networks, Inc. in the above-captioned action. I am a member in good standing of the State Bar of California, and am admitted *pro hac vice* to practice before this Court.

2. I have personal knowledge of the facts set forth in this Declaration and, if called to testify as a witness, could and would testify competently thereto.

3. Attached as Exhibit 1 is a true and correct copy of Brazo's website's landing page available at https://www.brazoslicensing.com/, accessed on June 10, 2021.

4. Attached as Exhibit 2 is a true and correct copy of the Assignment abstract of title for Application 10731029, accessed June 10, 2021.

1

5. Attached as Exhibit 3 is a true and correct copy of Brazo's website's "About" page, available at https://www.brazoslicensing.com/about, accessed on June 10, 2021.

6. Attached as Exhibit 4 is a true and correct copy of a LinkedIn profile for Craig Etchogoyen, available at www.linkedin.com/in/craig-etchegoyen-aa8a07199, accessed on June 10, 2021.

7. Attached as Exhibit 5 is a true and correct copy of a LinkedIn profile for Stuart Shanus, available at www.linkedin.com/in/stuart-a-s-60a7695, accessed on June 10, 2021.

8. Attached as Exhibit 6 is a true and correct copy of a LinkedIn profile for Aaron Garvey, available at www.linkedin.com/aaron-garvey-625681a4, accessed on June 10, 2021.

9. Attached as Exhibit 7 is a true and correct copy of Declaration of Stuart A. Shanus in support of Plaintiff WSOU Investments, LLC D/B/A Brazos Licensing and Development's Opposition to Xilinx, Inc.'s Motion to Transfer, filed in the District of Delaware, Case No. 1:20-cv-01228-CFC-JLH, Dkt. No. 24; WSOU Investments, LLC D/B/A Brazos Licensing and Development V. Xilinx, Inc., dated January 20, 2021.

10. Attached as Exhibit 8 are true and correct copies of the websites of Cisco Systems, Juniper Networks, and Extreme Networks web pages showing headquarters in the Northern District of California, available at https://www.cisco.com/c/en/us/about/contact-cisco.html; https://www.juniper.net/us/en/contact-us/; https://www.extremenetworks.com/company/contact/; accessed June 15, 2021; as well as the cover pages of prior art U.S. Patent Nos. 7,751,416 (identifying named N.D. California-based inventors at Cisco (San Jose) and Amazon (Cupertino)), 8,204,061 (identifying N.D. California-based inventors at Facebook (Fremont), Google (Bay Area), VM Ware (Cupertino)) and 7,016,301 (identifying N.D. California-based inventor at Palo Alto Networks (Morgan Hill)).

11. Attached as Exhibit 9 is a true and correct copy of a Docket Navigator search for all litigation involving the patents asserted in this action, accessed on June 15, 2021.

Dated: June 16, 2021

Respectfully submitted,

*/s/ Jeffrey G. Homrig*

Jeffrey G. Homrig (pro hac vice)
LATHAM & WATKINS, LLP
140 Scott Drive
Menlo Park, CA 94025
Tel: (650) 328-4600
Fax: (650) 463-2600
Jeff.Homrig@lw.com