# EXHIBIT 1




# Brazos Licensing & Development

Helping inventors develop, secure and monetize patents through advisory, financing and technology incubation

## What we do

From soup to nuts, we'll help you develop a game-plan around your patents, execute licensing agreements, litigate against infringers and more...



**Licensing & Monetization**



**Litigation**



**Strengthening**

Document title: Brazos Licensing &amp; Development
Capture URL: https://www.brazoslicensing.com/
Capture timestamp (UTC): Thu, 10 Jun 2021 19:48:49 GMT






About  What We Do  Coworking  **Contact Us**

### Licensing & Monetization

The Brazos team has negotiated licenses with the largest, most sophisticated companies in the world

### Litigation

We prefer to negotiate licenses, but some companies prefer to use your IP without paying. We'll take on the infringers

### Strengthening

Advisory on patent purchases and dispositions to build and enhance the moat around your technology

**Learn More**



Brazos Licensing
& Development
605 Austin Ave, Suite 6
Waco, TX 76701

**Company**

What We Do

Coworking

Meet the Team

Blog

**Stay in Touch**

Contact Us

Linkedin

Twitter

**Sign up for updates from our blog**

We update our blog a couple times per month with Brazos-specific and broader industry news. Sign up to stay current with the latest!

 Enter your email

**Subscribe**

Copyright © 2020 Brazos Licensing and Development

Document title: Brazos Licensing &amp; Development
Capture URL: https://www.brazoslicensing.com/
Capture timestamp (UTC): Thu, 10 Jun 2021 19:48:49 GMT
Page 2 of 2