# EXHIBIT 2



# Assignment abstract of title for Application 10731029

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| MECHANISM FOR DETECTION OF ATTACKS BASED ON IMPERSONATION IN A WIRELESS NETWORK<br>Frederic Gariador, Vinod Kumar Choyi, Andrew Robison | 7409715<br>Aug 5, 2008 | 20050144544<br>Jun 30, 2005 | 10731029<br>Dec 10, 2003 | | |

## Assignments (4 total)

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 044326/0470 | Dec 4, 2017 | Dec 7, 2017 | 15 | 12 |

Conveyance
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
WSOU INVESTMENTS, LLC

Correspondent
ERICK J. PALMER
P.O. BOX 2828
CHICAGO, IL 60690-2828

Assignee
OMEGA CREDIT OPPORTUNITIES MASTER FUND, LP
C/O OMEGA ADVISORS, 810 7TH AVENUE
33RD FLOOR
NEW YORK, NEW YORK 10019

### Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 052688/0502 | Nov 30, 2017 | May 18, 2020 | 5 | 8 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
ALCATEL LUCENT

Correspondent
SEAN D. BURDICK
2537 W. STATE STREET
SUITE 220
BOISE, ID 83702

Assignee
WSOU INVESTMENTS LLC
11150 SANTA MONICA BLVD.
SUITE 1400
LOS ANGELES, CALIFORNIA 90025

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 021170/0672 | Nov 30, 2006 | Jun 30, 2008 | 1 | 4 |

Conveyance
CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

Assignors
ALCATEL

Correspondent
GREGORY J. MURGIA
3400 W. PLANO PARKWAY
MS LEGL2
PLANO, TX 75075

Assignee
ALCATEL LUCENT
54, RUE LA BOETIE
PARIS 75008
FRANCE

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 014785/0220 | Dec 4, 2003 | Dec 10, 2003 | 1 | 4 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
GARIADOR, FREDERIC
CHOYI, VINOD KUMAR
ROBISON, ANDREW

Correspondent
KRAMER & AMADO, P.C.
TERRY W. KRAMER
2001 JEFFERSON DAVIS HIGHWAY
SUITE 1101
ARLINGTON, VA 22202

Assignee
ALCATEL
54, RUE LA BOETIE
PARIS 75008
FRANCE



# Assignment abstract of title for Application 13010382

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| IP Multicast Snooping and Routing with Multi-Chassis Link Aggregation<br>Kevin J. Humphries | 8472447<br>Jun 25, 2013 | 20120033668<br>Feb 9, 2012 | 13010382<br>Jan 20, 2011 | | |

# Assignments (8 total)

### Assignment 8

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 049246/0405 | May 16, 2019 | May 21, 2019 | 3944 | 315 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

Assignors
OCO OPPORTUNITIES MASTER FUND, L.P. (F/K/A OMEGA CREDIT OPPORTUNITIES MASTER FUND LP

Correspondent
ERICK J. PALMER
P.O. BOX 2828
CHICAGO, IL 60690-2828

Assignee
WSOU INVESTMENTS, LLC
11150 SANTA MONICA BOULEVARD, SUITE 1400
LOS ANGELES, CALIFORNIA 90025

### Assignment 7

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 049235/0068 | May 16, 2019 | May 20, 2019 | 2320 | 118 |

Conveyance
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
WSOU INVESTMENTS, LLC

Correspondent
BROWN RUDNICK LLP
ONE FINANCIAL CENTER
BOSTON, MA 02111

Assignee
BP FUNDING TRUST, SERIES SPL-VI
44 SOUTH BROADWAY, 11TH FLOOR
C/O BASEPOINT ADMINISTRATIVE, LLC
WHITE PLAINS, NEW YORK 10601

### Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 043966/0574 | Aug 22, 2017 | Sep 21, 2017 | 3944 | 316 |

Conveyance
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
WSOU INVESTMENTS, LLC

Correspondent
ERICK J. PALMER
P.O. BOX 2828
CHICAGO, IL 60690-2828

Assignee
OMEGA CREDIT OPPORTUNITIES MASTER FUND, LP
C/O OMEGA ADVISORS, INC. - 810 7TH AVENUE
33RD FLOOR
NEW YORK, NEW YORK 10019

## Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 044000/0053 | Jul 22, 2017 | Sep 25, 2017 | 2979 | 238 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
ALCATEL LUCENT

Correspondent
BURDICK PATENTS
2526 W. STATE STREET
BOISE, ID 83702

Assignee
WSOU INVESTMENTS, LLC
11150 SANTA MONICA BLVD.
SUITE 1400
LOS ANGELES, CALIFORNIA 90025

## Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 033949/0016 | Aug 19, 2014 | Oct 9, 2014 | 1202 | 238 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

Assignors
CREDIT SUISSE AG

Correspondent
EDWARD SADTLER
KIRKLAND & ELLIS LLP
601 LEXINGTON AVENUE
NEW YORK, NY 10022

Assignee
ALCATEL-LUCENT USA INC.
600 MOUNTAIN AVENUE
MURRAY HILL, NEW JERSEY 07947

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 030510/0627 | Jan 30, 2013 | Mar 7, 2013 | 5303 | 202 |

Conveyance
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

| | |
|---|---|
| Assignors<br>ALCATEL-LUCENT USA INC. | Correspondent<br>DANIEL ST. ONGE, ESQ.<br>KIRKLAND & ELLIS LLP<br>601 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |
| Assignee<br>CREDIT SUISSE AG<br>ELEVEN MADISON AVENUE<br>NEW YORK, NEW YORK 10010 | |

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 027729/0802 | Feb 16, 2012 | Feb 20, 2012 | 57 | 7 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| | |
|---|---|
| Assignors<br>ALCATEL-LUCENT USA INC. | Correspondent<br>GREGORY J. MURGIA<br>600-700 MOUNTAIN AVENUE<br>DOCKET ADMINISTRATOR - ROOM 3D-201<br>MURRAY HILL, NJ 07974-0636 |
| Assignee<br>ALCATEL LUCENT<br>3, AVENUE OCTAVE GREARD<br>PARIS 75007<br>FRANCE | |

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 025672/0190 | Jan 19, 2011 | Jan 20, 2011 | 1 | 2 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| | |
|---|---|
| Assignors<br>HUMPHRIES, KEVIN J. | Correspondent<br>GARLICK HARRISON & MARKISON<br>P.O. BOX 160727<br>AUSTIN, TX 78716-0727 |
| Assignee<br>ALCATEL-LUCENT USA INC.<br>600-700 MOUNTAIN AVENUE<br>MURRAY HILL, NEW JERSEY 07974-0636 | |



# Assignment abstract of title for Application 14302052

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| SOFTWARE DEFINED NETWORKING BASED CONGESTION CONTROL<br>Jae Hyun HWANG, Thierry KLEIN | 9450884<br>Sep 20, 2016 | 20150365325<br>Dec 17, 2015 | 14302052<br>Jun 11, 2014 | | |

# Assignments (7 total)

### Assignment 7

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 052372/0675 | Nov 26, 2019 | Apr 10, 2020 | 150 | 45 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| ALCATEL LUCENT | SEAN D. BURDICK<br>2537 W. STATE STREET<br>SUITE 220<br>BOISE, ID 83702 |

Assignee
WSOU INVESTMENTS, LLC
11150 SANTA MONICA BLVD.
SUITE 1400
LOS ANGELES, CALIFORNIA 90025

### Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039865/0978 | Sep 21, 2016 | Sep 27, 2016 | 11 | 6 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| ALCATEL-LUCENT USA INC. | DOCKET ADMINISTRATOR<br>600-700 MOUNTAIN AVENUE<br>ROOM 3B-212F<br>MURRAY HILL, NJ 07974-0636 |

Assignee
ALCATEL LUCENT
148/152 ROUTE DE LA REINE
BOULOGNE-BILLANCOURT 92100
FRANCE

## Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 039323/0024 | Jun 2, 2016 | Jul 13, 2016 | 1 | 3 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
BELL LABS SEOUL LTD.

Correspondent
DOCKET ADMINISTRATOR
600-700 MOUNTAIN AVENUE
ROOM 3B-212F
MURRAY HILL, NJ 07974-0636

Assignee
ALCATEL LUCENT
148/152 ROUTE DE LA REINE
BOULOGNE-BILLANCOURT 92100
FRANCE

## Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 033776/0349 | Sep 15, 2014 | Sep 19, 2014 | 1 | 3 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
KLEIN, THIERRY E

Correspondent
HARNESS, DICKEY & PIERCE, P.L.C.
P.O. BOX 8910
RESTON, VA 20195

Assignee
ALCATEL-LUCENT USA INC.
600 MOUNTAIN AVENUE (ROOM 3D-201)
PO BOX 636
MURRAY HILL, NEW JERSEY 07974-0636

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 033776/0368 | Sep 12, 2014 | Sep 19, 2014 | 1 | 3 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
HWANG, JAE HYUN

Correspondent
HARNESS, DICKEY & PIERCE, P.L.C.
P.O. BOX 8910
RESTON, VA 20195

Assignee
BELL LABS SEOUL LTD.
7 FL., DMC R&D CENTER, 37 MAEBONGSANRO, MAPO-GU
SEOUL 121-904
KOREA, REPUBLIC OF

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 033655/0304 | Aug 19, 2014 | Aug 28, 2014 | 94 | 13 |

Conveyance
RELEASE OF SECURITY INTEREST

Assignors
CREDIT SUISSE AG

Correspondent
KIRKLAND & ELLIS LLP
ATTN: HAYLEY SMITH SR.
601 LEXINGTON AVENUE
NEW YORK, NY 10022

Assignee
ALCATEL LUCENT
3, AVENUE OCTAVE GRÉARD, 75007
PARIS 07947
FRANCE

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 033500/0302 | Aug 6, 2014 | Aug 7, 2014 | 94 | 14 |

Conveyance
SECURITY INTEREST

Assignors
ALCATEL LUCENT

Correspondent
EDWARD SADTLER
KIRKLAND & ELLIS LLP
601 LEXINGTON AVENUE
NEW YORK, NY 10022

Assignee
CREDIT SUISSE AG
11 MADISON AVENUE
NEW YORK, NEW YORK 10010