# EXHIBIT 4

www.linkedin.com/in/craig-etchegoyen-aa8a07199 (LinkedIn)

# Craig Etchegoyen

Chairman at WSOU investments
Kailua-Kona

## Experience

**WSOU investments**
Chairman
January 2017 - Present (4 years 6 months)
Hawaii, United States

**PARTIE**
Board Member
2016 - 2021 (5 years)

———