# EXHIBIT 6

## Contact

www.linkedin.com/in/aaron-
garvey-625681a4 (LinkedIn)

## Top Skills

Hedge Funds

Capital Markets

Derivatives

# Aaron Garvey

Head of Finance at Brazos Licensing and Development

New York

## Summary

Creating financial solutions designed to deploy, enforce, and protect patent assets.

———

## Experience

### Argos IP Advisors

Partner

April 2019 - Present (2 years 3 months)

New York, NY

Specialists in financial services innovation for patent assets

### Brazos Licensing and Development

Head of Finance

August 2017 - Present (3 years 11 months)

Waco, Texas, United States

### Macro Portfolio Manager

Seeking New Opportunities

January 2017 - August 2017 (8 months)

### Marinus Capital

Macro Portfolio Manager

May 2015 - November 2016 (1 year 7 months)

Darien, CT

### Davy Capital

Macro Portfolio Manager

2014 - 2014 (less than a year)

### Brevan Howard

Senior Portfolio Manager

2013 - 2014 (1 year)

### MKP Capital Management, L.L.C.

16 years

Senior Portfolio Manager
2003 - 2012 (9 years)

Portfolio Manager
2000 - 2003 (3 years)

Associate Portfolio Manager
1996 - 2000 (4 years)

-------

## Education

Amherst College
Bachelor's Degree