# EXHIBIT 8



Document title: Global Contacts - Cisco
Capture URL: https://www.cisco.com/c/en/us/about/contact-cisco.html
Capture timestamp (UTC): Tue, 15 Jun 2021 18:24:05 GMT







## Global Headquarters

**San Jose, CA**
6480 Via Del Oro
San Jose, CA 95119
+1 408-579-2800
Toll-free: +1 888-257-3000
Fax: +1 408-904-7002
Get Directions

## Corporate Offices

**Salem, NH**
9 Northeastern Boulevard
Salem, NH 03079
+1 888-257-3000
Get Directions

**Morrisville, NC**
2121 RDU Center Drive
Morrisville, NC 27560
+1 919-884-3200
Get Directions

**Toronto, Ontario**
55 Commerce Valley Drive West,
Suite 300
Thornhill, ON L3T 7V9
+1 289-695-3182
Fax: +1 289-768-4391
Get Directions

**San Jose, CA**
6377 San Ignacio Ave.
San Jose, CA 95119
Get Directions

**Pleasanton, CA**
5200 Franklin Drive, Suite 100
Pleasanton, CA 94588
Get Directions

**Lake Mary, FL**
1064 Greenwood Blvd, Suite 490
Lake Mary, FL
Get Directions

**Chennai, India**
184-187, Anna Salai, Saidapet 4th,
7th, & 8th Floors
Chennai, India 600 015
Get Directions

**India – Engineering**
Bellandur, Bengaluru, Kamataka
Sarjapura Outer Ring Road
Campus 3B 2nd Floor Unit 201 &
202
Get Directions

**India – Engineering**
Bommanahalli, Bangalore
AMR Tech Park 2
Hosur Main Road
1st Floor
Get Directions

**India – Engineering**
Bagmane WTC, Outer Ring Road
6th, 7th & 8th Floor, Amber
Building
Mahadevapura, K.R. Puram Hobli,
Bangalore 560048
India
Get Directions

**Ireland**
Rineanna House Suites 8 & 9
Shannon Free Zone
Get Directions

**Taiwan – Operations**
No. 38, Tai Yuen St. 6th Floor, 5-1
Chu Pei City
Get Directions

**Extreme Federal**
381 Elden St
Suite 1050
Herndon, VA 20170
Get Directions

## LATAM

**São Paulo, Brazil**
Avenida Doutor Chucri Zaidan
1550
16° Andar – Conj. 1608
Ed. Capital Corporate
São Paulo, Brazil

**Mexico City, Mexico**
Calz. Gral. Mariano Escobedo 526
Oficina 1042, Piso 10
Col. Anzures, C.P. 11590, Del.
Miguel Hidalgo
Mexico City, Mexico

São Paulo, Brazil

Mexico City, Mexico

EMEA

**Rome, Italy**
Extreme Networks c/o Regus
Viale Giorgio Ribotta 11
00144 Roma
Italy

**Milan, Italy**
Extreme Networks
via Stephenson 43/A
10th Floor
20157 Milano
Italy

**Paris, France**
120 Avenue Charles de Gaulle
8th Floor Neuilly-sur Seine
Paris, France

**Frankfurt, Germany**
Extreme Networks GmbH
Solmstraße 83
60486 Frankfurt, Germany

**Utrecht, Netherlands**
Extreme Networks B.V.
Prof Bavincklaan
2-4 Bavinckhouse 3rd floor
1183 AT AMSTELVEEN
The Netherlands

Tel: +31-20-799-3602

**Moscow, Russia**
Smolenskaya Sq. 3
7th Floor Suite 744 & 745
Moscow, Russia

**Madrid, Spain**
Acanto
22 Units 8-1 & 8-2
Madrid, Spain

**Reading, UK**
250 Longwater Avenue Green Park
1st Floor
Reading, UK

**Dubai, UAE**
Dubai Internet city
Building No. 3, Suite 202
Dubai, UAE

APAC

**North Sydney, Australia**
Level 11, Suite 5, 100 Walker Street
North Sydney 2060
Ph: +61 (2) 9060 6438

**Bellandur, Bengaluru, Kamataka, India**
Sarjapura Outer Ring Road
Campus 3B 2nd Floor Unit 201 & 202
Bellandur, Bengaluru, Kamataka, India

**Bommanahalli, Bangalore, India**
AMR Tech Park 2
Hosur Main Road
1st Floor
Bommanahalli, Bangalore, India

**Beijing, China**
Floor 31, Jiamei Center, No 16 Room 3115
Guangshun South Avenue, Chaoyang District
Beijing, China

**Hong Kong, Hong Kong**
16/F., 700 Nathan Road, Mongkok Offices 1615 & 1618
Kowloon, Hong Kong

**Seoul, Korea**
20 Gukjegeumnyung-ro
Youngdeungpo-gu 8th & 9th Floor
Seoul, Korea

**Singapore, Singapore**
12 Marina View Asia Square Tower 2 23-07
Singapore, 018961
Singapore, Singapore

**Pulau Penang, Malaysia**
Kawasan Perindustrian IV
No 2, 1st Floor, Lintang Bayan Lepas 1
Pulau Penang, Malaysia

General Inquiries

**Press & Media**
Christi Nicolacopoulos
+1 603-952-5005
pr@extremenetworks.com

**Investor Relations**
Speak with a specialist
+1 212-481-2050
Investor Relations

**Analyst Relations**
Steve O'Brien
+1 603-952-5157

**Anonymous Reporting**

If you have an ethics or compliance concern about Extreme Networks, its subsidiaries, or suppliers, you are encouraged to report your concern to the company as soon as possible. Extreme Networks takes all reports seriously and handles all concerns raised consistent with the law and our Code of Business Conduct and Ethics.

**You can report your concern by mailing a letter to:**

| APAC | North Sydney, Australia | Bellandur, Bengaluru, Kamataka, India | Bommanahalli, Bangalore, India |
|---|---|---|---|
| | Level 11, Suite 5, 100 Walker Street<br>North Sydney 2060<br>Ph: +61 (2) 9060 6438 | Sarjapura Outer Ring Road<br>Campus 3B 2nd Floor Unit 201 & 202<br>Bellandur, Bengaluru, Kamataka, India | AMR Tech Park 2<br>Hosur Main Road<br>1st Floor<br>Bommanahalli, Bangalore, India |
| | Beijing, China | Hong Kong, Hong Kong | Seoul, Korea |
| | Floor 31, Jiamei Center, No 16 Room 3115<br>Guangshun South Avenue, Chaoyang District<br>Beijing, China | 16/F., 700 Nathan Road, Mongkok Offices 1615 & 1618<br>Kowloon, Hong Kong | 20 Gukjegeumnyung-ro<br>Youngdeungpo-gu 8th & 9th Floor<br>Seoul, Korea |
| | Singapore, Singapore | Pulau Penang, Malaysia | |
| | 12 Marina View Asia Square Tower 2 23-07<br>Singapore, 018961<br>Singapore, Singapore | Kawasan Perindustrian IV<br>No 2, 1st Floor, Lintang Bayan Lepas 1<br>Pulau Penang, Malaysia | |

| General Inquiries | Press & Media | Investor Relations | Analyst Relations |
|---|---|---|---|
| | Christi Nicolacopoulos<br>+1 603-952-5005<br>pr@extremenetworks.com | Speak with a specialist<br>+1 212-481-2050<br>Investor Relations | Steve O'Brien<br>+1 603-952-5157 |

## Anonymous Reporting

If you have an ethics or compliance concern about Extreme Networks, its subsidiaries, or suppliers, you are encouraged to report your concern to the company as soon as possible. Extreme Networks takes all reports seriously and handles all concerns raised consistent with the law and our Code of Business Conduct and Ethics.

You can report your concern by mailing a letter to:

Extreme Networks, Inc.
Attention: General Counsel
6480 Via Del Oro
San Jose, CA 95119

Please include as much of the following information as possible in your letter:

- The details of your concern
- When you first became aware of the situation
- The names of others who may be involved (people and company names)
- When and where you think this occurred (dates and locations)
- The names of others who may be able to provide additional information
- Additional details you think may be useful

Although you may submit your concern anonymously (where allowed by law), providing your name and contact information will enable us to contact you if we need additional information during the course of our review.



Home › Company › Contact

**Infrastructure**
ExtremeSwitching
ExtremeRouting
ExtremeWireless

**Applications**
Cloud
Analytics & Visibility
Orchestration
Security

**Log In**
ExtremeCloud™ IQ
ExtremeCloud™
MyHive
Support Portal
Partner Portal
Developer Portal

**News**
Newsroom
Blog
Events

**Company**
About Extreme
Leadership
Investor Relations
Careers
Extreme Elements™

NASDAQ: EXTR

**Contact**
Sales
Support
Office Locations

© 2021 Extreme Networks    Privacy Policy    Legal Notices    Global

Document title: Contact - Extreme Networks
Capture URL: https://www.extremenetworks.com/company/contact/
Capture timestamp (UTC): Tue, 15 Jun 2021 18:27:53 GMT