# EXHIBIT 9



## Cases

1 Result    **VIEW IN BROWSER**

Patents: 7409715

| Case | Case Filing Date ▼ |
| --- | --- |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Arista Networks, Inc.<br>6-20-cv-01083 (WDTX) | Nov. 25, 2020 |



## Cases

1 Result  **VIEW IN BROWSER**

Patents: 8472447

| Case | Case Filing Date ▼ |
|---|---|
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Arista Networks, Inc.<br>6-20-cv-01083 (WDTX) | Nov. 25, 2020 |



## Cases

1 Result  **VIEW IN BROWSER**

Patents: 9450884

| Case | Case Filing Date ▼ |
| --- | --- |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Arista Networks, Inc.<br>6-20-cv-01083 (WDTX) | Nov. 25, 2020 |