# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

WSOU INVESTMENTS, LLC d/b/a
BRAZOS LICENSING AND
DEVELOPMENT

   Plaintiff,

 v.

ARISTA NETWORKS, INC.,

   Defendant.

§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION No. 6:20-cv-01083-ADA

JURY TRIAL DEMANDED

## ORDER GRANTING ARISTA'S OPPOSED MOTION TO TRANSFER

Came on for consideration Defendant Arista Networks, Inc.'s Opposed Motion to Transfer filed on June 16, 2021 (the "Motion to Transfer"). The Court has considered the Motion to Transfer, all related pleadings and the case record, and is of the opinion that the Motion to Transfer is meritorious.

IT IS THEREFORE **ORDERED** that that Motion to Transfer is hereby **GRANTED**.

IT IS FURTHER **ORDERED** that Civil Action No. 6:20-cv-01083-ADA; *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Arista Networks, Inc.*; In the United States District Court for the Western District of Texas, Waco Division is **TRANSFERRED** to Northern District of California.

**SIGNED** on the _____ day of _____, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE