# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,**<br><br>Plaintiff,<br><br>v.<br><br>**ARISTA NETWORKS, INC.,**<br><br>Defendant. | Civil Action No. 6:20-cv-1083-ADA<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF AMIT MAKKER IN SUPPORT OF ARISTA NETWORKS, INC.'S OPENING CLAIM CONSTRUCTION BRIEF

I, Amit Makker, declare as follows:

1. I am an active member of the State Bar of California, a member in good standing of the Bar of this Court, an associate at Latham & Watkins LLP, and counsel for Arista Networks, Inc. in the above-titled action. I make this declaration in support of Arista Networks, Inc.'s Opening Claim Construction Brief. I have personal, first-hand knowledge of the matters set forth below and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the file history of U.S. Patent No. 9,450,884.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from Modern Dictionary of Electronics, Seventh Edition (1999), produced at ARISTA_WSOU_0010631.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from IEEE 100 The Authoritative Dictionary of IEEE Standards Terms, Seventh Edition (2000), produced at ARISTA_WSOU_0010636.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from Data & Telecommunications Dictionary (1999), produced at ARISTA_WSOU_0010936.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from Microsoft Computer Dictionary, Fourth Edition (1999), produced at ARISTA_WSOU_0010940.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from Newton's Telecom Dictionary, 23rd Edition (2007), produced at ARISTA_WSOU_0010944.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from a document titled Implementing Broadband Aggregation on Cisco 10000 Series, produced at ARISTA_WSOU_0010642.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from a document titled HP 9000 rp8420 Server User Service Guide, produced at ARISTA_WSOU_0010948.

10. Attached hereto as Exhibit 9 is a true and correct copy of a document titled BladeCenter chassis management, produced at WSOU-ARISTA00001296.

11. Attached hereto as Exhibit 10 is a true and correct copy of a document titled ATCA Server Systems for Telecommunications Services, produced at WSOU-ARISTA00001317.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the file history of U.S. Patent No. 8,472,447.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Oakland, California on July 26, 2021.

Dated: July 26, 2021

Respectfully submitted,

*/s/ Amit Makker*

Amit Makker (pro hac vice)
LATHAM & WATKINS, LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
Amit.Makker@lw.com

*Attorney for Defendant*
*Arista Networks, Inc.*