# EXHIBIT 5

**Microsoft Press**

# Microsoft Computer Dictionary
## Fourth Edition

LIBRARY
LATHAM & WATKINS

AUG 02 2016

CHICAGO OFFICE

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1999 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary. -- 4th ed.
      p. cm.
   Previous eds. published under title: Microsoft Press computer dictionary
   ISBN 0-7356-0615-3
   1. Computers Dictionaries.   2. Microcomputers Dictionaries.
  I. Microsoft Press computer dictionary.
  QA76.15.M538   1999
  004'.03--dc21                                        99-20168
                                                      CIP

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9   MLML   4 3 2 1 0 9

Distributed in Canada by ITP Nelson, a division of Thomson Canada Limited.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at mspress.microsoft.com.

Macintosh, Power Macintosh, QuickTime, and TrueType fonts are registered trademarks of Apple Computer, Inc. Kodak is a registered trademark of the Eastman Kodak Company. Intel is a registered trademark and Indeo is a trademark of Intel Corporation. Active Desktop, Active Directory, ActiveMovie, Active Platform, ActiveX, Authenticode, BackOffice, DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, MSN, NetMeeting, NetShow, Visual Basic, Visual C++, Visual J++, WebTV, WebTV Network, Win32, Win32s, Windows, Windows NT, and XENIX are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. PANTONE is a registered trademark of Pantone, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, people, and events depicted herein are fictitious. No association with any real company, organization, product, person, or event is intended or should be inferred.

**Acquisitions Editor:** Christey Bahn
**Project Editor:** Kim Fryer

ARISTA_WSOU_0010941



**chassis** \chas´ē\ *n.* A metal frame on which electronic components, such as printed circuit boards, fans, and power supplies, are mounted. See the illustration.



*Chassis.*

**chat[1]** *n.* **1.** Real-time conversation via computer. When a participant types a line of text and then presses the Enter key, that participant's words appear on the screens of the other participants, who can then respond in kind. Most online services support chat; on the Internet, IRC is the usual system. *See also* IRC. **2.** An Internet utility program that supports chat. IRC has largely superseded it.

**chat[2]** *vb.* To carry on a real-time conversation with other users by computer. *See also* IRC.

**chat room** *n.* The informal term for a data communication channel that links computers and permits users to "converse" by sending text messages to one another in real time. Similar to the channels provided by IRC (Internet Relay Chat) chat rooms are available through online services and some electronic bulletin board systems (BBS). Chat rooms are often devoted to a particular subject or are conducted on a certain schedule. *See also* room, Chat, BBS, IRC.

**Cheapernet** *n. See* 10Base2.

**check bit** *n.* One of a set of bits that are added to a data message at its origin and scrutinized by the receiving process to determine whether an error has occurred during transmission. The simplest example is a parity bit. *See also* data integrity, parity bit.

**check box** *n.* An interactive control often found in graphical user interfaces. Check boxes are used to enable or disable one or more features or options from a set. When an option is selected, an × or a check mark appears in the box. *See also* control (definition 2). *Compare* radio button.

**check digit** *n.* A digit added to an account number or other identifying key value and then recomputed when the number is used. This process determines whether an error occurred when the number was entered. *See also* checksum.

**checkpoint** *n.* **1.** A processing juncture at which the normal operation of a program or system is momentarily suspended in order to determine its environmental status. **2.** A file containing information that describes the state of the system (the environment) at a particular time.

**checksum** *n.* A calculated value that is used to test data for the presence of errors that can occur when data is transmitted or when it is written to disk. The checksum is calculated for a given chunk of data by sequentially combining all the bytes of data with a series of arithmetic or logical operations. After the data is transmitted or stored, a new checksum is calculated in the same way using the (possibly faulty) transmitted or stored data. If the two checksums do not match, an error has occurred, and the data should be retransmitted or stored again. Checksums cannot detect all errors, and they cannot be used to correct erroneous data. *See also* error-correction coding.

**chiclet keyboard** *n.* A microcomputer keyboard used on the first version of the IBM PCjr home computer. Chiclet keys are small and square, resembling the chewing gum pieces, and they act like pushbuttons, without the resistance and clear feedback of traditional keys. They are also much smaller and typically are spread out, so touch typing is more difficult than on a conventional keyboard.

**child** *n.* **1.** A process initiated by another process (the parent). This initiating action is frequently called a *fork.* The parent process often sleeps (is suspended) until the child process stops executing. **2.** In a tree structure, the relationship of a node to its immediate predecessor. *See also* generation (definition 2), tree structure.

**child directory** *n. See* subdirectory.

**child menu** *n. See* submenu.

**child process** *n. See* child (definition 1).

**chimes of doom** *n.* In Macintosh computers, a series of chimes that sound as a result of serious system failure.

**chip** *n. See* integrated circuit.

ARISTA_WSOU_0010942

**Multibus** *n.* A computer expansion bus designed by Intel Corporation that is used extensively by designers of high-performance workstations. A high-bandwidth bus (capable of extremely fast data transmission), Multibus also allows multiple bus masters. *See also* bus.

**multicast backbone** *n. See* MBONE.

**multicasting** *n.* The process of sending a message simultaneously to more than one destination on a network.

**Multi-Color Graphics Array** *n. See* MCGA.

**multi-element** *adj.* Consisting of multiple data elements that all have the same format for storing the same kind of information. The data elements may be simple variables, as in an array of integer variables, or they may be more complicated data structures, as in an array of employee records each of which contains fields for an employee's name, Social Security number, pay rate, and so on.

**multifile sorting** *n.* The process of sorting a body of data that resides in more than one file.

**MultiFinder** *n.* A version of the Macintosh Finder that provides support for multitasking. The primary use of MultiFinder is to allow multiple applications to be simultaneously resident in memory. A single mouse click switches between applications, and information from one application can be copied to another. If the active application allows true multitasking, background tasks can be processed. *See also* Finder.

**multifunction board** *n.* A computer add-in board that provides more than one function. Multifunction boards for personal computers frequently offer additional memory, serial/parallel ports, and a clock/calendar.

**multifunction peripheral** *n.* A multipurpose device that combines printing with faxing, scanning (color or black and white), and copying (color or black and white) in a single unit. Multifunction peripherals are especially popular with the SOHO (small office, home office) market, where cost-effectiveness and space limitations can be significant considerations. *Acronym:* MFP. *Also called* multifunction printer.

**multifunction printer** *n. See* multifunction peripheral.

**multilayer** *adj.* **1.** In board design, of or pertaining to a printed circuit board consisting of two or more layers of board material. Each separate layer has its own metallic tracings to provide electrical connections between various electronic components and to provide connections to the other layers. The layers are laminated together to produce a single circuit board to which the components, such as integrated circuits, resistors, and capacitors, are attached. Multilayer design allows many more discrete paths between components than single-layer boards do. **2.** In computer-aided design (CAD), of or pertaining to drawings, such as electronic circuits, that are built up using multiple layers, each with a different level of detail or a different object, so that distinct parts of the drawing can easily be manipulated, overlaid, or peeled off.

**Multilink Point-to-Point Protocol** *n.* An Internet protocol that allows computers to establish multiple physical links to combine their bandwidths. This technology creates a virtual link with more capacity than a single physical link. *Acronym:* MPPP. *See also* PPP.

**multimedia** *n.* The combination of sound, graphics, animation, and video. In the world of computers, multimedia is a subset of hypermedia, which combines the aforementioned elements with hypertext. *See also* hypermedia, hypertext.

**Multimedia Extensions** *n. See* MMX.

**Multimedia PC** *n.* Software and hardware standards set forth by the Multimedia PC Marketing Council, which sets minimum standards for a PC's sound, video, and CD-ROM playing capabilities. *Acronym:* MPC.

**Multimedia Personal Computer** *n. See* Multimedia PC.

**multinode computer** *n.* A computer that uses multiple processors to share in the computation of a complex task. *See also* central processing unit, parallel processing.

**multipart forms** *n.* Computer printer paper arranged in sets with carbon paper between the sheets (or with a chemical coating that emulates carbon on the back of each sheet except the last) to produce copies of output from impact printers. Multipart forms are designated by the number of copies in a set, such as two-part, three-part, and so on.

**multipass sort** *n.* A sorting operation that, usually because of the sorting algorithm being used, requires two or more passes through the data before completion. *See also* bubble sort, insertion sort, Shell sort, sort algorithm.



ARISTA_WSOU_0010943