# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT

vs.                                                    Case No.: 6:20-cv-1083-ADA

ARISTA NETWORKS, INC.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Brian W. Lewis, counsel for Arista Networks, Inc., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Brian W. Lewis may appear on behalf of Arista Networks, Inc. in the above case.

IT IS FURTHER ORDERED that Brian W. Lewis, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of July _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE