IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>      Plaintiff,<br>v.<br><br>ARISTA NETWORKS, INC.,<br><br>      Defendant. | CIVIL ACTION NO. 6:20-cv-01083-ADA<br><br><br>JURY TRIAL DEMANDED |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule CV-11, Raymond K. Wright of Susman Godfrey L.L.P. hereby moves to withdraw as counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing And Development, in connection with the above-captioned matter on the grounds that he will no longer be an attorney of Susman Godfrey L.L.P. The law firm of Susman Godfrey L.L.P., and its attorneys will continue to represent Plaintiff.

Please remove the e-mail address for Raymond K. Wright from the Court's Electronic Filing CM/ECF system.

Wherefore, Plaintiff respectfully requests that this Court enter an order authorizing and granting leave for Raymond K. Wright to withdraw as counsel for Plaintiff in this matter.

Dated: August 4, 2021                    Respectfully submitted,

                                                    SUSMAN GODFREY L.L.P.

                                                    By: */s/ Raymond K. Wright*
                                                         Raymond Wright (pro hac vice)
                                                         California Bar No. 331950

Max L. Tribble, Jr.
Texas Bar No. 2021395
Shawn Blackburn *(pro hac vice)*
Texas Bar No. 24089989
Bryce T. Barcelo *(pro hac vice)*
Texas Bar No. 24092081
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
mtribble@susmangodfrey.com
sblackburn@susmangodfrey.com
bbarcelo@susmangodfrey.com

Kalpana Srinivasan *(pro hac vice)*
California Bar No. 237460
Raymond Wright *(pro hac vice)*
California Bar No. 331950
Sujeeth Rajavolu *(pro hac vice)*
California Bar No. 324669
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com
rwright@susmangodfrey.com
srajavolu@susmangodfrey.com

**COUNSEL FOR PLAINTIFF WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT**

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on August 4, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Raymond K. Wright*
Raymond Wright
