# EXHIBIT 5

Currency USD ⌄



≡ Menu

**Q** Search

**A** Account



(866) 705-5346    Account   Cart ⌄

Search entire store here **Q**

We Accept POs from Fortune 1000 Companies, Government Agencies (Federal, State, Local), Defense (Military, Air Force, Navy), Universities, Schools and Colleges

| **Categories** | ⌄ | **Hard Drives** | **SSDs** | **CPU** | **Graphics Card** | **Motherboards** |

**Power Supplies**

Home  ＞  00FG624 - IBM Flex System Chassis Management Module





Privacy - Terms



Image may differ from the ac

# 00FG624 - IBM Flex System Chassis Management Module

IBM 00FG624 Flex System Chassis Management Module

| | |
|---|---|
| SKU | 00FG624 |
| Eco Friendly | Yes |
| Availability | In Stock |
| Manufacturer | IBM |
| Payment | |

**4 Great reasons to buy from us:**

**FREE SHIPPING ALL OVER US**

## $210.53

Save: $ 42.11

~~was$ 252.64~~

**Qty**  1

**Add to Shopping Cart**

## Request for Quote:

   00FG624

Request a quote below or call (866) 705-5346 for further assistance with this part number

### Get exclusive discounts on bulk orders

Full Name*

Business Email*

Phone Number*

Company Name

Product specification

Quantity required





WSOU-ARISTA00001573

## Technical Specification

| Manufacturer | IBM |
|---|---|

## Details —

00FG624 - IBM Flex System Chassis Management Module

## Warranty +

## Payment Method +

Motherboards

Power
Supplies

Terms &
Conditions

Blog

FAQ

Sitemap

### Contact Information ⌄

Address

44288 Fremont Blvd
Fremont, CA 94538

Email

Mon - Fri / 8:00AM -
5:00PM (PST)

Sales:
sales@harddiskdirect.com

Support:
support@harddiskdirect.com

Working Hours

Mon - Fri / 8:00AM -
5:00PM (PST)

About Us    Services    Product Line    Product Catalog    Careers at HDD    Contact Us



Copyright @ 2014-2021 Harddisk Direct Ltd. | All Rights Reserved.

**OUR LOCAL SITES**

WSOU-ARISTA00001574