# EXHIBIT 7



**COVID-19 INFORMATION: We're delivering online orders. For priority shipping. Click here to CONTACT US (https://directmacro.com/contact/)**

directmacro (https://directmacro.com/)

Enter model number or key

(https://di Cart

Home (https://directmacro.com/) / OS9800-CMM - Alcatel-Lucent OS9800 Chassis Management Module

## OS9800-CMM - Alcatel-Lucent OS9800 C

| | |
|---|---|
| Availability | **IN STOCK** |
| Part# | OS9800-CMM |
| Manufacturer | Alcatel-Lucent |
| Weight | 5 LBS |
| Condition | Refurbished |
| Payment | VISA MasterCard AMERICAN EXPRESS DISCOVER |

# $296.23

Qty 1

ADD TO CART

### Expert Team Support

Live Chat

Please fill out the form below to start chatting with the next available agent.

* Name

* Email

Phone

Question

Start Chat

Chat by tawk.to

📞 **(855) 483-7810** (tel:855-483-7810)

Request a bulk quantity of **OS9800-CMM**

[Quantity]

[Email]

[Phone]

**SUBMIT**

We Accept PO's from Fortune **1000 Companies**, Government Agencies, Defense, Universities and schools.

---

**Product Overview**    **Technical Specs**    **Reviews**    **Warranty**

---

OS9800-CMM Alcatel-Lucent OS9800 Chassis Management Module

## About Direct Macro

About Us (https://directmacro.com/about-us)
Blog (https://directmacro.com/blog)
Terms and Conditions (https://directmacro.com/terms)
Privacy Policy (https://directmacro.com/privacy-policy)
Warranty (https://directmacro.com/warranty)

## Customer Service

My Account (https://directmacro.com/customer/account)
How To Buy (https://directmacro.com/how-to-buy)
Return Policy (https://directmacro.com/return_policy)
RMA (https://directmacro.com/rma)
Shipping Methods (https://directmacro.com/shipping-methods)

Contact Us (https://directmacro.com/contact)

## Contact Us

700 S. Rosemary Ave, Suite 204-118
West Palm Beach, FL 33401 USA

## Purchasing

Hours: M-F 9:00 am to 5:00 pm EST
orders@directmacro.com (mailto:orders@directmacro.com)

## Technical Support

Hours: M-F 9:00 am to 5:00 pm EST
support@directmacro.com (mailto:support@directmacro.com)
(855) 483-7810

Direct Macro © 2020. All Rights Reserved.

(https://www.shopperapproved.com/reviews/directmacro.com/)   

WSOU-ARISTA00001814