# EXHIBIT 19

Certain Solid State Drives (SSD) modules will stop functioning at 40,000 power-on hours (~4.5 years) if firmware is not updated. REVIEW UPGRADE DETAILS HERE

Visibility. Insight. Action. That's cloud smart by Cisco. Learn more cisco The bridge to possible

# What is Chassis Management Controller in UCS

Unified Computing Syste...

10056 VIEWS | 0 HELPFUL | 0 COMMENTS

Sandeep Singh
08-25-2009 02:55 AM
Edited On: 03-01-2019 05:50 AM

## Introduction

The Chassis Management Controller (CMC) resides in the 2100 series fabric extender module which sits inside the 5100 series blade chassis. The CMC, UCS manager, and blade BMCs work together to manage a group of up to eight processing blades in a UCS chassis. From the overall UCS architecture perspective the CMC itself is not an independent point of management; instead the CMC acts at the direction of UCS manager.

The CMC performs various tasks including:

a) Chassis discovery.

b) Chassis Power and Thermal management.

c) Hot-swap functionality support for fans, power supplies, blades, etc.

d) Chassis, Fan and Fabric extender LED control.

e) Power-on Self Test and online health monitoring.

f) Access to the chassis SEEPROM for Read/Write functionality.

g) Local cluster management.

## CMC functioning Overview

The CMC runs its own software and reports the error messages as well as other information to the UCS manager via IPMI. The CMC starts running as soon as the UCS chassis is powered up. If there is only one fabric extender module in the UCS chassis then the CMC on that fabric extender takes the ownership of the entire UCS chassis. If there are two fabric extenders in the UCS chassis then the ownership goes on the basis of first-come first-serve; however in case of a tie the ownership goes to the fabric extender in slot 1. Note that the ownership is established when the link between the 6100 series fabric extender and the corresponding fabric extender becomes active. This kind of polling is required so as to establish which CMC computes thermal and power states to the UCS manager and can be used by clients for exclusive hardware control.

Chassis decommissioning is performed when a chassis is physically present and connected but you want to temporarily remove it from the configuration. Because it is expected that a decommissioned chassis will be eventually recommissioned, a portion of the chassis' information is retained by Cisco UCS Manager for future use. Removing is performed when you physically remove a chassis from the system. Once the physical removal of the chassis is completed, the configuration for that chassis can be removed in Cisco UCS Manager.

The CMC controls the fabric extender and chassis health LED behavior during the boot phase. The fabric extender health LED shows green during normal operation; shows amber during booting and blinking amber for an error. The Chassis fail LED is off if there is no error; shows amber for a minor error and shows blinking amber for major error. The CMC runs an internal algorithm to keep the thermals in the chassis at appropriate levels. It also runs the power control algorithm, which controls the power supplies, to improve the power efficiency as per the policy.

## Related Information

What is BMC and what are the tasks of BMC
What are the hardware components of UCS

Tags: faq ucs_2100_fabric_extender ucs_b-series_blade_server

0 Helpful Share

Create Content Login to create content
Question or Discussion | Video | Blog | Document | Project Story

Related Content
Discussions | Blogs | Events | Videos | Project Gallery

Recommended for you
Cisco UCS Management Handbook
Same network communication between servers in one UCS chassis
VMWare ESXi 4.0 Installation on UCS Blade Server with UCS Manager KVM
Reducing UCS Chassis IOM to Fabric Interconnect Physical Connections - Discovery
[UCS C] C220M5/C240M5 RAID controller（PCIe) 交換手順

Get Closer to Cisco
Your direct line to Cisco product teams to access roadmaps, influence product direction and stay up to date.
Join Customer Connection

Review Cisco Products
TrustRadius

Latest Contents

VXLAN EVPN to stretch VLANs between two Data Centers - Globa... 0 0
Created by bravewarrior2021 on 07-16-2021 06:41 AM
Any help/direction is greatly appreciatedI have 2x Nexus 9Ks in each of TWO Data Centers configured with traditional SVIs and VPC, the ask is to extend a number of VLANs between the two Data Centers using VXLAN EVPN. I deployed VXLA EVPN/MP-BGP using th e ... view more

real estate agent 0 0
Created by Tranvinhhau on 07-16-2021 06:03 AM
Chuyên cung cấp dự án phân phối tại Miền TâyNhận ký gửi mua bán nhà đất, ký hạn ngân hàng, ra sổhoạt động dựa trên niềm tin của khách hàng, chúng tôi cam kết luôn đưa ra những dự án bất động sản và pháp lý góp phần cung cấp cho khách hàng những sự lựa c ho... view more

tranvinhhau duan 0 0
Created by Tranvinhhau on 07-16-2021 05:58 AM
Nhà phân phối dự án bất động sản Chuyên cung cấp dự án phân phối tại Miền TâyNhận ký gửi mua bán nhà đất, ngân hàng ký hạn, s ổ rahoạt động dựa trên niềm tin của khách hàng, chúng tôi cam kết luôn đưa ra những dự án bất động sản và pháp lý góp phần cu... view more

EPG label for ExternalEPG release 5 1 0
Created by maxlog on 07-16-2021 01:11 AM
Hi! I can't find menu EPG label for External EPG in ACI 5.1 release. But in previous release it was. Is this feature unsupported now?

Cisco Prime - Storage limitation with using Image repository 0 0
Created by Serpent2010 on 07-15-2021 08:27 AM
Hello,I have device image files that want to be imported to Prime's repository, BUT I am concerned about the Prime server capacity li mit.Any advice, please Note, I already setup an external NFS for config and backup files, but I am not sure if the NF... view more

Top

Copyright © 2021 Cisco Systems Inc.
All rights reserved.

WSOU-ARISTA001553

