# EXHIBIT 22



# The Impact of Moore's law and loss of Dennard Scaling

Lennart Johnsson

University of Houston

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001460

# Outline

## The quest for Energy Efficiency in Computing

- Technology changes and the impacts thereof

- A retrospective on benefits and drawbacks of past architectural changes

- Expected architectural changes and impact

- Our research to understand opportunities and challenges for HPC driven by the expected technology changes

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001461



Lennart Johnsson
2015-02-06

# What got me interested in energy efficient computing

Energy cost estimate for a ~1300 node cluster purchase 2008 for PDC @ Royal Institute of Technology:

<span style="color:red">Four year energy and cooling cost ~1.5 times cluster cost incl. software, maintenance and operations!!</span>



<span style="color:red">Business as usual not appealing from a scientist/user point of view</span>

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001462



"You Can Hide the Latency,

But,

*You Cannot Hide the ENERGY!!"*

*Peter M Kogge*

Rule of thumb 1MW = $1M/yr
Average US household ~11MWh/yr
(1MW yr ≈ 800 households)

Lennart Johnsson
2015-02-06

UNIVERSITY *of* HOUSTON

WSOU-ARISTA001463



# Incredible Improvement
# in Integrated Circuit Energy Efficiency



Source: Lorie Wigle, Intel, http://piee.stanford.edu/cgi-bin/docs/behavior/becc/2008/presentations/
18-4C-01-Eco-Technology_-_Delivering_Efficiency_and_Innovation.pdf



WSOU-ARISTA001464



Lennart Johnsson
2015-02-06

# Energy efficiency evolution



Energy efficiency doubling every 18.84 months on average measured as computation/kWh

Source: Assessing in the Trends in the Electrical Efficiency of Computation over Time,
J.G. Koomey, S. Berard, M. Sanchez, H. Wong, Intel, August 17, 2009,
http://download.intel.com/pressroom/pdf/computertrendsrelease.pdf

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001465



# Top500 system performance evolution



Performance doubling
period on average:

No 1     – 13.64
months

No 500 – 12.90
months

www.top500.org

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001466

# The Gap

The energy efficiency improvement as determined by Koomey does not match the performance growth of HPC systems as measured by the Top500 list

**The Gap indicates a growth rate in energy consumption for HPC systems of about 20%/yr.**



EPA study projections: 14% - 17%/yr

Uptime Institute projections: 20%/yr

PDC experience: 20%/yr

Report to Congress on Server and Data Center Energy Efficiency",
Public Law 109-431, U.S Environmental Protection Agency,
Energy Star Program, August 2, 2007,
http://www.energystar.gov/ia/partners/prod_development/download
s/EPA_Datacenter_Report_Congress_Final1.pdf

"Findings on Data Center Energy Consumption Growth May
Already Exceed EPA's Prediction Through 2010!",
K. G. Brill, The Uptime Institute, 2008,
http://uptimeinstitute.org/content/view/155/147

| End use component | 2000 | | | 2006 | | | 2000 – 2006 |
|---|---|---|---|---|---|---|---|
| | Electricity use (billion kWh) | % Total | | Electricity use (billion kWh) | % Total | | electricity use CAGR |
| Site infrastructure | 14.1 | 50% | | 30.7 | 50% | | 14% |
| Network equipment | 1.4 | 5% | | 3.0 | 5% | | 14% |
| Storage | 1.1 | 4% | | 3.2 | 5% | | 20% |
| High-end servers | 1.1 | 4% | | 1.5 | 2% | | 5% |
| Mid-range servers | 2.5 | 9% | | 2.2 | 4% | | -2% |
| Volume servers | 8.0 | 29% | | 20.9 | 34% | | 17% |
| Total | 28.2 | | | 61.4 | | | 14% |



WSOU-ARISTA001467



Lennart Johnsson
2015-02-06

# Internet Data Centers -Faceb



- The 120 MW Lulea Data Center will consist of three server buildings with an area of 28 000 m$^2$ (300 000 ft$^2$).
The first building is to be operational within a year and the entire facility is scheduled for completion by 2014

- The Lulea river has an installed hydroelectric capacity of 4.4 GW and produces on average 13.8 TWh/yr

Read more:
http://www.dailymail.co.uk/sciencetech/article-2054168/Facebook-unveils-massive-data-center-Lulea-Sweden.html#ixzz1diMHlYIL

2011-10-28

| Climate data for Luleå, Sweden | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Year |
| Average high ° C (° F) | −8 (18) | −8 (18) | −2 (28) | 3 (37) | 10 (50) | 17 (63) | 19 (66) | 17 (63) | 12 (54) | 6 (43) | −1 (30) | −5 (23) | 5.0 (41.0) |
| Average low ° C (° F) | −16 (3) | −16 (3) | −11 (12) | −4 (25) | 2 (36) | 8 (46) | 11 (52) | 10 (50) | 5 (41) | 1 (34) | −7 (19) | −13 (9) | −2.5 (27.5) |

UNIVERSITY *of* HOUSTON

WSOU-ARISTA001468

# Actions of large consumers/providers

- <span style="color:red">Custom server designs</span> for reduced energy consumption, stripping out un-needed components, and in some cases reducing redundancy implementing resiliency at the system level, not at the server level

- In some cases making designs public, e.g. Facebooks <span style="color:red">Open Compute</span> initiative

- Focusing on <span style="color:red">clean renewable energy</span>

- Locating data centers close to energy sources (low transmission losses) and where <span style="color:red">cooling costs</span> are <span style="color:red">low</span>



**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001469



**Lennart Johnsson**
**2015-02-06**

# Internet Company effort examples

Facebook



http://www.epanorama.net/newepa/2009/05/07/google-efficient-data-centers/

http://arstechnica.com/information-technology/2013/02/who-needs-hp-and-dell-facebook-now-designs-all-its-own-servers/

Microsoft



- Two 8-core Xeon 2.1 GHz CPUs
- 64 GB DRAM
- 4 HDDs @ 2 TB, 2 SSDs @ 512 GB
- 10 Gb Ethernet
- No cable attachments to server

Air flow

200 LFM
68 °C Inlet



http://www.enterprisetech.com/2014/09/03/microsoft-using-fpgas-speed-bing-search/

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001470



# Power Consumption – Load
# for a typical server (2008/2009)



**CPU power consumption at low load about 40% of consumption at full load.**
**Power consumption of all other system components independent of load,**
**approximately.**
**Result: Power consumption at low load about 65% of consumption at full load.**
**Luiz Andre Barroso, Urs Hoelzle, The Datacenter as a Computer: An Introduction to the Design of**
**Warehouse-Scale Machines http://www.morganclaypool.com/doi/pdf/10.2200/s00193ed1v01y200905cac006**



WSOU-ARISTA001471



Lennart Johnsson
2015-02-06

# Google

**COVER FEATURE**

## The Case for Energy-Proportional Computing

*Luiz André Barroso and Urs Hölzle*
Google

Figure 1. Average CPU utilization of more than 5,000 servers during a six-month period. Servers are rarely completely idle and seldom operate near their maximum utilization, instead operating most of the time at between 10 and 50 percent of their maximum utilization levels.



Figure 2. Server power usage and energy efficiency at varying utilization levels, from idle to peak performance. Even an energy-efficient server still consumes about half its full power when doing virtually no work.

**"The Case for Energy-Proportional Computing", Luiz André Barroso, Urs Hölzle, *IEEE Computer*, vol. 40 (2007).**
**http://static.googleusercontent.com/external_content/untrusted_dlcp/research.google.com/en//pubs/archive/33387.pdf**

**UNIVERSITY *of* HOUSTON**

WSOU-ARISTA001472



# Internet vs HPC Workloads

## Google (Internet)                    KTH/PDC (HPC)





Figure 1. Average CPU utilization of more than 5,000 servers during a six-month period.
Servers are rarely completely idle and seldom operate near their maximum utilization,
instead operating most of the time at between 10 and 50 percent of their maximum
utilization levels.

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001473



**Lennart Johnsson**
**2015-02-06**

# The 1ˢᵗ foray into energy efficient computing "on a budget": the SNIC/KTH/PRACE Prototype I

Not in prototype nodes



CMM (Chassis Management Module)



**Objective:** Energy efficiency at par with most energy efficient design at the time, but using only commodity technology (for cost) and no acceleration for preservation of programming paradigm

- New 4-socket blade with 4 DIMMs per socket supporting PCI-Express Gen 2 x16

- Four 6-core 2.1 GHz 55W ADP AMD Istanbul CPUs, 32GB/node

- 10-blade in a 7U chassis with 36-port QDR IB switch, new efficient power supplies.

- 2TF/chassis, 12 TF/rack, 30 kW (6 x 4.8)

- 180 nodes, 4320 cores, full bisection QDR IB interconnect



Network:
- QDR Infiniband
- 2-level Fat-Tree
- Leaf level 36-port switches built into chassis
- Five external 36-port switches











WSOU-ARISTA001474



# The Prototype HPL Efficiencies in Perspective

## Power

| | |
|---|---|
| Dual socket Intel Nehalem 2.53 GHz | 240 MF/W |
| Above + GPU | 270 MF/W |
| PRACE/SNIC/KTH prototype | 344 MF/W (unoptimized) |
| IBM BG/P | 357 - 372 MF/W |

## Fraction of Peak

| | |
|---|---|
| Dual socket Intel Nehalem 2.53 GHz | 91% |
| Above + GPU | 53% |
| PRACE/SNIC/KTH prototype | 79% |
| IBM BG/P | 83% |



WSOU-ARISTA001475



# Comparison with Best Proprietary System



WSOU-ARISTA001476





# Reducing Waste

Mark Horowitz 2007: *"Years of research in low-power embedded computing have shown only one design technique to reduce power: __reduce waste__."*



Seymour Cray 1977: *"Don't put anything in to a supercomputer that isn't necessary."*





**Exascale Computing Technology Challenges, John Shalf**
*National Energy Research Supercomputing Center, Lawrence Berkeley National Laboratory*
**ScicomP / SP-XXL 16, San Francisco, May 12, 2010**

### UNIVERSITY *of* HOUSTON

WSOU-ARISTA001477



# The Good News

- Moore's Law still works and expected to work throughout the decade

- The number of transistors per die (processor) on average has increased slightly faster than predicted by Moore's law (for several reasons, such as, slightly increased die sizes (on average), changing balance of transistors used for logic and memory, and evolving device technology

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001478



## Microprocessor Transistor Counts 1971-2011 & Moore's Law



Doubling about every 21 months on average! (not every ~ 24 -27 months - Moore's law)

UNIVERSITY *of* HOUSTON

WSOU-ARISTA001479



Lennart Johnsson
2015-02-06

# Moore's Law at work

| Processor | Transistors | Year | Manufact. | Process | Area |
|---|---|---|---|---|---|
| Dual-Core Itanium 2 | 1,700,000,000 | 2006 | Intel | 90 nm | 596 mm² |
| POWER6 | 789,000,000 | 2007 | IBM | 65 nm | 341 mm² |
| Six-Core Opteron 2400 | 904,000,000 | 2009 | AMD | 45 nm | 346 mm² |
| RV870 | 2,154,000,000 | 2009 | AMD | 40 nm | 334 mm² |
| 16-Core SPARC T3 | 1,000,000,000 | 2010 | Sun/Oracle | 40 nm | 377 mm² |
| Six-Core Core i7 | 1,170,000,000 | 2010 | Intel | 32 nm | 240 mm² |
| 8-Core POWER7 | 1,200,000,000 | 2010 | IBM | 45 nm | 567 mm² |
| 4-Core Itanium Tukwila | 2,000,000,000 | 2010 | Intel | 65 nm | 699 mm² |
| 8-Core Xeon Nehalem-EX | 2,300,000,000 | 2010 | Intel | 45 nm | 684 mm² |
| Cayman (GPU) | 2,640,000,000 | 2010 | AMD | 40 nm | 389 mm² |
| GF100 (GPU) | 3,000,000,000 | 2010 | nVidia | 40 nm | 529 mm² |
| AMD Interlagos (16 C) | 2,400,000,000 | 2011 | AMD | 32 nm | 315 mm² |
| AMD GCN Tahiti (GPU) | 4,310,000,000 | 2011 | AMD | 28 nm | 365 mm² |
| 10-Core Xeon Westmere-EX | 2,600,000,000 | 2011 | Intel | 32 nm | 512 mm² |
| 8-Core Itanium Poulson | 3,100,000,000 | 2012 | Intel | 32 nm | 544 mm² |
| Sandy Bridge, 8C | 2,270,000,000 | 2012 | Intel | 32 nm | 435 mm² |
| Ivy Bridge, 4C+GPU | 1,400,000,000 | 2012 | Intel | 22 nm | 160 mm² |
| Ivy Bridge, 6C | 1,860,000,000 | 2013 | Intel | 22 nm | 257 mm² |
| Ivy Bridge, 15C | 4,300,000,000 | 2013 | Intel | 22 nm | 541 mm² |
| Vertex-7 (FPGA) | 3,500,000,000 | 2013 | Xilinx | 28 nm | 550 mm²? |
| Nvidia Kepler GK110 (GPU) | 7,100,000,000 | 2013 | nVidia | 28 nm | 551 mm² |
| Xeon Phi, 62C | 5,000,000,000 | 2013 | Intel | 22 nm | ? |

Doubling about every 21 months on average (not every ~ 24 -27 months!)

UNIVERSITY of HOUSTON

WSOU-ARISTA001480

# The Good News

- Moore's Law still works and expected to work throughout the decade

- The number of transistors per die (processor) on average has increased slightly faster than predicted by Moore's law (for several reasons, such as, slightly increased die sizes (on average), changing balance of transistors used for logic and memory, and evolving device technology

# Next: The Bad News

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001481



**Lennart Johnsson**
**2015-02-06**

# Bad News 1: Costs



**COST PER TRANSISTOR RISING – HISTORIC FIRST**

**28nm May Become an Optimal Cost Node**

http://semimd.com/petes-posts/2015/01/26/
exponentially-rising-costs-will-bring-changes/



**Shrinking chips**
Number and length of transistors bought per $

*Forecast Source: Linley Group*

http://www.economist.com/news/21589080-golden-
-be-coming-end-no-moore

Cost per Transistor

Intel

http://hps.ece.utexas.edu/yale75/mudge_slides.pdf

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001482



**Lennart Johnsson**
**2015-02-06**

# Bad News 2:Dennard Scaling works no more!

> *"Moore's Law gives us more transistors...*
> *Dennard scaling made them useful."*
>
> **DARPA** Bob Colwell, DAC 2013, June 4, 2013



Dennard scaling: reducing the critical dimensions while keeping the electrical field constant yields higher speed and a reduced power consumption of a digital MOS circuit

Dennard R.H.et al., "Design of ion-implanted MOSFETs with very small physical dimensions", IEEE J. Solid-State Circ., vol.9, p.256 (1974)

Using the typical scaling of 0.7x in device dimensions per generation thus results in a doubling of transistors in a given area with the power consumption remaining constant and the speed increasing by 1.4x!!

Constant Field Scaling



| dimensions $t_{ox}$, L, W | 1/a |
| doping | a |
| voltage | 1/a |
| integration density | a² |
| delay | 1/a |
| power dissipation/Tr | 1/a² |
| Electric Field E | 1 |

*Dennard scaling ended 2005!*

# UNIVERSITY *of* HOUSTON

WSOU-ARISTA001483



Lennart Johnsson
2015-02-06

# The end of Dennard Scaling



- Dennard scaling did not take subthreshold leakage into account.

- By 2005 subthreshold leakage had increased more than 10,000 fold and further reduction in threshold voltage $V_t$ not feasible limiting operating voltage reduction.

- Further, gate oxide thickness scaling had reached a point of 5 atomic layers and further reduction not possible and direct tunneling current becoming a noticeable part of total chip power.

Graph from E J Nowak IBM Journal of Research and Development, Mar/May 2002, vol. 46, no. 2/3, pg. 169



http://asic-soc.blogspot.com/2008/03/leakage-power-trends.html

http://www.design-reuse.com/articles/20296/power-management-leakage-control-process-compensation.html



Mark Bohr, A 30-year perspective on Dennard's MPSFET Scaling Paper, http://ieeexplore.ieee.org/xpl/freeabs_all.jsp?arnumber=4785534

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001484



**Lennart Johnsson**
**2015-02-06**

# The End of Dennard Scaling



Source: Greg Astfalk http://www.lanl.gov/conferences/salishan/salishan2013/Astfalk.pdf



Single thread performance improvement is slow. (Specint)
*"Intel has done a little better over this period, increasing at 21% per year.
Source: Andrew Chien

## UNIVERSITY *of* HOUSTON

WSOU-ARISTA001485



Lennart Johnsson
2015-02-06

# Pollack's rule
## (Fred Pollack, Intel)





Performance increase @ same frequency is about
√(area) not proportional to the number of transistors

Source: S. Borkar, A. Chien, The Future of Microprocessors
http://cacm.acm.org/magazines/2011/5/107702-the-future-of-microprocessors/fulltext



WSOU-ARISTA001486



# Post Dennard Scaling



Source: Bill Dally, HiPEAC Keynote 2015

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001487



# Post Dennard Scaling



Source: Bill Dally, HiPEAC Keynote 2015

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001488



# The Future

- The conventional path of <span style="color:red">scaling</span> planar CMOS <span style="color:red">will face significant challenges set by performance and power consumption</span> requirements.

- Driven by the 2× increase in transistor count per generation, <span style="color:red">power management is now the primary issue</span> across most application segments. Power management challenges <span style="color:red">need to be addressed across multiple levels, …..</span> The <span style="color:red">implementation challenges of these approaches expands upwards into system design requirements</span> …..

2013 Roadmap

 International Technology Roadmap for Semiconductors



WSOU-ARISTA001489

# The Future

"Future systems are energy limited:
Efficiency *is* performance"

"Process matters less: ~1.2x per generation"

Bill Dally 

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001490



Lennart Johnsson
2015-02-06

# Retrospective: Microarchitecture benefits



1000 nm    700 nm    350 nm    180- 90 nm    45 nm

Source: S. Borkar, A. Chien, The Future of Microprocessors
http://cacm.acm.org/magazines/2011/5/107702-the-future-of-microprocessors/fulltext





Source: A. Chien,
http://www.lanl.gov/conferences/salishan/salishan2010/pdfs/Andrew%20A.%20Chien.pdf



UNIVERSITY *of* HOUSTON

WSOU-ARISTA001491

# Data Communication



"The Energy and Power Challenge is the most pervasive … and has its roots in the inability of the [study] group to project any combination of currently mature technologies that will deliver sufficiently powerful systems in any class at the desired levels."
*DARPA IPTO exascale technology challenge report*

20

http://www.csm.ornl.gov/workshops/SOS14/documents/dosanjh_pres.pdf

UNIVERSITY *of* HOUSTON

WSOU-ARISTA001492

# Processor Energy History

A retrospective: for several chip generations designers used the increased transistor capability to introduce micro-architectural features enhancing single thread performance, often at the expense of energy efficiency …..

| Product | Normalized Performance | Normalized Power | EPI on 65 nm at 1.33 volts (nJ) |
|---|---|---|---|
| i486 | 1.0 | 1.0 | 10 |
| Pentium | 2.0 | 2.7 | 14 |
| Pentium Pro | 3.6 | 9 | 24 |
| Pentium 4 (Willamette) | 6.0 | 23 | 38 |
| Pentium 4 (Cedarmill) | 7.9 | 38 | 48 |
| Pentium M (Dothan) | 5.4 | 7 | 15 |
| Core Duo (Yonah) | 7.7 | 8 | 11 |

Ed Grochowski, Murali Annavaram Energy per Instruction Trends in Intel® Microprocessors. http://support.intel.co.jp/pressroom/kits/core2duo/pdf/epi-trends-final2.pdf



Source: Shekhar Borkar, Intel

"*We are on the Wrong side of a Square Law*"

Pollack, F (1999). *New Microarchitecture Challenges in the Coming Generations of CMOS Process Technologies.* Paper presented at the Proceedings of the 32nd Annual IEEE/ACM International Symposium on Microarchitecture, Haifa, Israel.



**UNIVERSITY of HOUSTON**

WSOU-ARISTA001493



Lennart Johnsson
2015-02-06

# The Square Law ….

For CMOS the relationship between power (P), voltage (V) and frequency (f) is

$$P = c_1 V^2 f + c_2 V + c_3 + O(V^4)$$

Dynamic      Leakage+      Fans
             Board

Furthermore, $f \sim C(V-V0)$





Linpack: $15f(V-0.2)^2 + 45V + 19$
STREAM: $5f(V-0.2)^2 + 50V + 19$

Source: Supermicro

## UNIVERSITY *of* HOUSTON

WSOU-ARISTA001494



# Energy Efficiency of different design approaches



http://research.microsoft.com/en-
US/events/fs2014/caulfield_adrian_reconfig_fabric_r01.pdf

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001495



**Lennart Johnsson**
**2015-02-06**

# Our 2nd Prototype



Source: Andrew Chien,

| ARM Cortex-9 | | | ATOM | | | AMD 12-core | | | Intel 6-core | | | ATI 9370 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cores | W | GF/W | Cores | W | GF/W | Cores | W | GF/W | Cores | W | GF/W | Cores | W | GF/W |
| 4 | ~2 | ~0.5 | 2 | 2+ | ~0.5 | 12 | 115 | ~0.9 | 6 | 130 | ~0.6 | 1600 | 225 | ~2.3 |

| nVidia Fermi | | | TMS320C6678 | | | IBM BQC | | | ClearSpeed CX700 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cores | W | GF/W | Cores | W | GF/W | Cores | W | GF/W | Cores | W | GF/W |
| 512 | 225 | ~2.2 | 8 | 10 | ~ 4/6 | 16 | 55 | 3.7 | 192 | 10 | ~10 |

**Very approximate estimates!!**

KTH/SNIC/PRACE Prototype II

## UNIVERSITY *of* HOUSTON

WSOU-ARISTA001496



Lennart Johnsson
2015-02-06

# Nominal Compute Density and Energy Efficiency

| CPU | "Current" | | | "Next Generation" | | |
|---|---|---|---|---|---|---|
| | Feature size | GF/J | GF/mm$^2$ | Feature size | GF/J | GF/mm$^2$ |
| AMD Interlagos (16C, 2.7 GHz) | 32 | 1.3 | 0.55 | | | |
| AMD FirePro 7900 | 40 | 3.0 | 1.19 | | | |
| AMD S9000 | | | | 28 | 3.6 | 2.21 |
| **AMD Brazos** | **40** | | | | | |
| **AMD Llano** | **32** | | | | | |
| **AMD Trinity** | **32** | **1.0** | **0.40** | | | |
| IBM Blue Gene/Q | 45 | 3.7 | 0.57 | | | |
| IBM Power7 | 45 | 1.4 | 0.48 | | | |
| **Intel Sandy Bridge (8C, 3.1 GHz)** | **32** | **1.3** | **0.46** | | | |
| **Intel Ivy Bridge (4C, 3.5 GHz)** | | | | **22** | **1.45** | **0.70** |
| **Nvidia Fermi** | **40** | **2.66** | **1.26** | | | |
| Nvidia Kepler 20x | | | | 28 | 5.2 | 2.36 |
| **Nvidia Tegra2** | **40** | **~1** | **0.04** | | | |
| Nvidia Tegra3 | 40 | | | | | |
| **TI TMS320C6678** | **40** | **4** | **~3** | | | |
| TI 66AK2Hx | | | | 28 | | |
| **Xilinx Vertex-6** | **40** | **5-10** | | | | |
| Xilinx Vertex-7 | | | | 28 | ~13 | 0.236 |

Source: L. Johnsson, G. Netzer, Report on Prototype Evaluation, D9.3.3 PRACE, http://www.prace-ri.eu/IMG/pdf/d9.3.3.pdf



WSOU-ARISTA001497



Lennart Johnsson
2015-02-06

# TI KeyStone Device Architecture



| CorePac |
| :---: |
| Memory Subsystem |
| Multicore Navigator |
| Network Coprocessor |
| External Interfaces |
| TeraNet Switch Fabric |
| Diagnostic Enhancements |
| HyperLink Bus |
| Miscellaneous |
| Application-Specific |

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001498



## The TMDXEVM6678L Evaluation Module



DC Input          DDR3 Memory

Shunt Resistors    TMS320C6678 DSP      GPIO Connector

▶ Added shunt resistors and voltage probes on 4 power feeds.

▶ 1 GHz (nom.) 8-core DSP, 1 GiB (512 MiB nom.) DDR3-1333



WSOU-ARISTA001499



Lennart Johnsson
2015-02-06

# Instrumentation for Power Measurements



| Rail | Voltage | Usage |
|------|---------|-------|
| Variable | 0.9 – 1.1 V | All SoC logic |
| Fixed | 1.0 V | On-chip memories Hyperlink Other common fabric |
| Memory | 1.5 V | DDR3 Memory and I/O Hyperlink SerDes PCIe SerDes SGMII SerDes SRIO SerDes |
| Unit Input | 12 V | DC input to EVM (board) |
| Other | | Unit Input – Above Unmeasured parts |

| Component Error | Relative Error | Contribution |
|-----------------|----------------|--------------|
| Shunt Resistor (ΔT ± 20K) | 0.1% + 20 ppm/K | 1800 ppm |
| Front End Offset Error | 0.01% | 2 mV |
| Front End Gain Error | 0.1% | 1000 ppm |
| Front End Passband Flatness | 0.1% | 1000 ppm |
| Front End Stopband Rejection | 25 ppm | 25 ppm |
| ADC Offset Error | 140 ppm | 2.4 mV |
| ADC Gain Error | 476 ppm | 476 ppm |
| Total Voltage Error | | < 1421 ppm + 9.6 mV |
| Total Current Error | | < 2294 ppm + 19.2 mA |
| Total Power Error | | < 9500 ppm |
| Marker Jitter (1000s run-time) | 4 ppm | 4 ppm |
| Total Energy Error | | < 9500 ppm |

The 6678 has 16 power domains.
Each core has its own power domain.
MSM, Hyperlink, SRIO, PCIe, Peripheral Logic,
Packet Engine, Trace Logic their own power
domains.
There is no voltage control.

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001500



# Measurement Setup

## Power Measurement Instrumentation Coverage (1 GHz)



|  |  | $U_{nom}$ | 2 Cores | | 8 Cores | | Usage |
|---|---|---|---|---|---|---|---|
|  |  | [V] | [W] | % | [W] | % |  |
| 🟨 | Core Variable | 0.9-1.1 | 3.28 | 24 | 5.09 | 31 | SoC logic |
| 🟥 | Core Fixed | 1.0 | 0.44 | 3 | 0.47 | 3 | SoC memory |
| 🟩 | DDR3 Memory | 1.5 | 2.30 | 17 | 2.51 | 15 | External memory |
| 🟦 | Other | — | 7.65 | 56 | 8.14 | 50 | Incl. DC-DC losses |

Power measurements for 128 MiB STREAM COPY with idle cores power gated.

# UNIVERSITY of HOUSTON

WSOU-ARISTA001501



# Results

- STREAM: 96% of peak, 1.47GB/J @ 1GHz

- HPL 77% efficiency, 2.6 GF/W @ 1.25 GHz
  - 95% DGEMM efficiency

- FFT design:
  - 5.2 GF/s @ 1GHz (of 6 GF/s) and 5.6 GB/s for single core for 512 point L1 DP FFT (Bandwidth limited)
  - 20 GF/s @ 1GHz 8 cores for 256k 8L2/MSM DP FFT. Bandwidth limited (max on-chip)
  - 10.3 GF/s @ 1GHz for 128M FFT (DDR3)

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001502



Lennart Johnsson
2015-02-06

# The STREAM Benchmark

- Invented 1990 by John D. McCalpin for assessing (memory) performance of (long) vectors

- Correlates with SPEC-FP performance [McCalpinSC02]

- Operations



| Name | Operation | Data ($s_i$) [B] | FLOPs |
|------|-----------|------------------|-------|
| COPY | $a_i = b_i$ | 16 | 0 |
| SCALE | $a_i = qb_i$ | 16 | 1 |
| SUM | $a_i = b_i + c_i$ | 24 | 1 |
| TRIAD | $a_i = b_i + qc_i$ | 24 | 2 |

Source: Peter M Kogge, IPDPS 2014

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001503



Lennart Johnsson
2015-02-06

# 6678 STREAM results in perspective

| Platform | BW (GB/s) | | Eff. % | Energy Eff. (GB/J) | Lith. nm | Comment |
|---|---|---|---|---|---|---|
| | Peak | Meas. | | | | |
| IBM Power7 | 409.6 | 122.8 | 30.0 | ≈0.10 | 45 | STREAM power est. at 50% of TDP |
| Intel Xeon Phi | 352.0 | 174.8 | 49.7 | ≈1.20 | 22 | STREAM power est. at 50% of TDP |
| Intel E5-2697v2 | 119.4 | 101.5 | 85.0 | ≈0.30 | 22 | STREAM power est. at 50% of TDP |
| NVIDIA Tegra3 | 6.0 | 1.6 | 26.7 | 0.05 | 40 | Power and BW measured (BSC) |
| 6678 Cache | 10.7 | 3.0 | 28.1 | 0.40 | 40 | Power and BW measured at 1 GHz |
| 6678 EDMA | 10.7 | 10.2 | 95.7 | 1.26 | 40 | Power and BW measured at 1 GHz |

**IBM Power7** data from "IBM Power 750 and 760 Technical Overview and Introduction", Literature Number 4985, IBM, May 2013 and W.J.Starke, "Power7: IBMs next generation, balanced POWER server chip," HotChips 21, 2009.
**Intel Xeon Phi** data from R. Krishnaiyer, E. Kultursay, P. Chawla, S. Preis, A. Zvezdin, and H. Saito, "Compiler-based Data Prefetching and Streaming Non-temporal Store Generation for the Intel R Xeon Phi Coprocessor", 2013 IEEE 27th International Parallel and Distributed Processing Symposium Workshops&PhD Forum, NewYork, NY, IEEE, May 2013, pp. 1575–1586.
**Intel E5-2697v2** data from Performance and Power Efficiency of Dell Power Edge servers with E5-2600v2, Dell, October, 2013



WSOU-ARISTA001504

# STREAM Challenges and Solutions

- STREAM operations have no data reuse.
  - Worst case for caches, only merging accesses into cache blocks.
  - Write-allocate policies increase memory traffic.
  - Evicted data shares address LSBs with new data leading to DRAM memory bank conflicts.
- Possible to implement fast STREAM using:
  - Prefetching to hide long latencies.
  - Bypassing cache on writes to prevent extra traffic.
- Make the data transport explicit in the program:
  - Can use block-copy engines.
  - Can schedule accesses.
  - Can utilize regularity in access patterns.



WSOU-ARISTA001505



Lennart Johnsson
2015-02-06

# Understanding and Optimizing STREAM on the 6678

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001506



# The Texas Instruments TMS320C6678 DSP



The TMS320C6678 multi-core DSP:

- ▶ 8 cores (0.8–1.25 GHz) with:
  - ▶ 8-way VLIW **Ex**ecution **U**nit, 2 64-bit load or stores, 4 FLOPs per cycle



**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001507



# The 6678 Core Memory

|  | Unit | L1I | L1D | L2 |
|---|---|---|---|---|
| Total Size | KiB | 32 | 32 | 512 |
| Cache Block Size | B | 32 | 64 | 128 |
| Associativity |  | Direct | 2-way | 4-way |
| Replacement Policy |  |  | LRU | LRU |
| Allocation Policy |  | Read | Read | Read/Write |
| Clock |  | $f_{CK}$ | $f_{CK}$ | $f_{CK}/2$ |
| Latency SRAM | Cycles | 6 | 5 | 8–15.5 |
| Latency Cache | Cycles | 6 | 5 | 12–17.5 |
| Bandwidth | B/Cycle |  | 16 | 16 |





- The 6678 has a 16B 4-entry write buffer for bypassing the L1 on cache misses to avoid stalls, if the write buffer is not full. The buffer drain rate is:
  - 16B at CPU/2 rate to L2 SRAM
  - 16B at CPU/6 rate to L2 cache

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001508



**Lennart Johnsson**
**2015-02-06**

# Avoiding Stalls and Hiding Latency using the Enhanced DMA (EDMA3)



- EDMA3
  - Three Dimensional Transfers

  

  - Three Channel Controllers (CCx), with CC0 having 2 Transfer Controllers (TCs), and CC1 and CC2 each having 4 TCs
  - Support for *chaining*, completion of a transfer triggers a subsequent transfer, and *linking*, automatic loading of transfer specifications
  - Uses TeraNet 2, CPU clock/2, and TeraNet 3, CPU clock/3
- CC0 used in our EDMA3 STREAM impl.h

Bandwidth limiting path 16/3 B/CPU cycle

# UNIVERSITY *of* HOUSTON

WSOU-ARISTA001509



# The DDR Challenge: Avoid Page Faults





| DDR3-1333 | $t_{burst}$ (ns) | BW (GB/s) |
|---|---|---|
| Page | 6 | 10.66 |
| 4 Banks | 11.25 | 5.68 |
| 1 Bank | 49.5 | 1.29 |

| Memory | Stride in Bytes | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 64 | 128 | 256 | 512 | 1 ki | 2ki | 4ki | 8ki | 16ki |
| L1 SRAM | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| L2 SRAM | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| MSM | 15 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 28 |
| DDR3-1333 | 28 | 49 | 92 | 93 | 95 | 99 | 106 | 121 | 122 |

**This is a serious problem for multi-core CPUs!**
See e.g. *Collective Memory Transfers for Multi-Core Chips*,
G. Michelogiannakis, A. Williams, and J. Shalf, Lawrence Berkeley National Lab, November 2013.

Measured latencies at 1 GHz core clock.
L2 cache  line: 128 B. Prefetch distance: 256 B
DDR3 page size 8kiB.

## UNIVERSITY *of* HOUSTON

WSOU-ARISTA001510



Lennart Johnsson
2015-02-06

# EDMA3 Strategy

- Prefetch to L1 directly from DDR3
  - Eliminates stalls and hides latency
- Store from L1 directly to DDR3
  - Eliminates stalls, hide latencies, and avoids write-allocate reads
- Use at least two buffers per core to enable overlap of core Execution Unit operations with data transfers (due to various overheads more than two buffers may be beneficial). (If the core execution time exceeds the transfer time, then the core-EDMA3 interface will not be fully utilized even with multiple buffers.)
- Use the EDMA3 to make core operations entirely local (no inter-core communication required for scheduling, synchronization, etc.)
- Use the EDMA3 to coordinate core accesses to DDR3 to maximize bandwidth utilization by minimizing DDR3 page openings and closings
- Order DDR3 reads and writes to minimize read/write and write/read transitions
- Use two Transfer Controllers to maximize memory channel utilization (overlap TC overheads)



WSOU-ARISTA001511



# Scheduling EDMA3 transfers



Clustering of loads and stores across cores reduces read/write and write/read transitions



Independent Transfer Controllers are kept in lock-step using cross-triggering

## UNIVERSITY *of* HOUSTON

WSOU-ARISTA001512



Lennart Johnsson
2015-02-06

# STREAM Power and Energy Efficiency, EDMA3, 2 TCs, 3 or 2 buffers/core



Idle cores powered off

UNIVERSITY of HOUSTON

WSOU-ARISTA001513



Lennart Johnsson
2015-02-06

# DDR3 Memory Power and Energy





WSOU-ARISTA001514



# Lessons Learned from Optimizing STREAM

- The 40 nm 6678 DSP can offer energy efficiency comparable to 22 nm x86 CPUs with complex hardware prefetch and hardware support for non-temporal stores (bypassing write-allocate mechanisms).

- Explicit data management necessary (using the EDMA3) to implement
  - effective prefetching
  - storing to DDR3
  - coordinate core accesses to DDR3
  - multi-buffering to overlap core and transfer operations
  - overlap Transfer Controller overheads by using multiple (two) TCs

- The EDMA3 linking and chaining features needed to achieve close to 100% memory channel utilization

- Optimization at the level carried out for our STREAM implementation requires detailed and deep knowledge of the architecture, its features and limitations, but for highly structured applications encapsulating this complexity into higher level functions or libraries seems feasible (but was not attempted within the time available).



WSOU-ARISTA001515



# The Future

## Key Limits for Chip Design

### 1985-2005
- Transistor Count
- Design Complexity
- Valid.&Test Complexity
- Clock Rate
- ~~Energy~~

### 2005-2020?
- ~~Transistor Count~~
- Design Complexity
- Valid.&Test Complexity
- ~~Clock Rate~~
- Energy

### 2020+
- ~~Transistor Count~~
- ~~Design Complexity~~
- ~~Valid.&Test Complexity~~
- ~~Clock Rate~~
- Energy

Andrew Chien, VP of Research, Intel

http://www.lanl.gov/conferences/salishan/salishan2010/pdfs/Andrew%20A.%20Chien.pdf



WSOU-ARISTA001516

# Dark silicon

- Chip power will remain capped at current levels (because of cooling costs and known cooling technologies)

- Moore's law enables more transistors per unit area, but post Dennard scaling power per unit area increases

- Thus, <span style="color:red">dark silicon</span>, i.e. not all areas can be simultaneously used, <span style="color:red">becomes a necessity</span>

- <span style="color:red">On-die dynamic power management</span> (voltage, frequency, clock, power) will be a necessity.  For maximum performance and energy efficiency this may propagate up to the application level.

    Remark 1.  New technology has made it possible for voltage control to move onto the die, enabling increasingly refined control of subdomains of a die

    Remark 2.  Recent processor chips has a dedicated processor for power control, including control of voltage, frequency, power and clock distribution to subdomains of the chip.



WSOU-ARISTA001517



Lennart Johnsson
2015-02-06

# Power Challenges



**Power Challenges May End the Multicore Era** Hadi Esmaeilzadeh, Emily Blem, Renée St. Amant, Karthikeyan Sankaralingam, Doug Burger,
http://dl.acm.org/citation.cfm?id=2408797&CFID=745900626&CFTOKEN=86138313

https://www.youtube.com/watch?v=Df8SQ8ojEAQ&feature=youtu.be



WSOU-ARISTA001518



Lennart Johnsson
2015-02-06

"The good news is that the old designs are really inefficient, leaving lots of room for innovation,"



Bill Dally, Nvida/Stanford,
NYT, July 31, 2011

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001519



Lennart Johnsson
2015-02-06

# An LBL view – Simpler (smaller) cores



Exascale Computing Technology Challenges, John Shalf
*National Energy Research Supercomputing Center, Lawrence Berkeley National Laboratory*
ScicomP / SP-XXL 16, San Francisco, May 12, 2010

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001520



Lennart Johnsson
2015-02-06

"We used to focus graduate students on generating ideas of how to improve performance by adding features, now we need to focus them on how to improve performance by removing features."

Bill Dally,
A Computer Architecture Workshop:
Visions for the Future, September 19, 2014



WSOU-ARISTA001521



Lennart Johnsson
2015-02-06

# Customization Power/Performance Examples

Note: lowest power
consumption on top



Power and performance of accelerators varying in degree of customization (scaled to 45nm).
Customization yields up to 1,000 - 10,000x vs mainstream processors such as Sandybridge.

Source: Apala Guha et al., Systematic Evaluation of Workload Clustering for Designing 10x10 Architectures, ACM SIGARCH Computer Architecture News, vol 41, no2, pp22-29, 2013, http://dl.acm.org/citation.cfm?id=2490307



WSOU-ARISTA001522



Lennart Johnsson
2015-02-06

# Heterogeneous Architectures



**A system-on-a-chip from Texas Instruments.**

ARM Cortex A8 CPU

C64x+ DSP and video accelerators (3525/3530 only)

Display Subsystem
- LCD Controller
- Video Enc
- 10-bit DAC
- 10-bit DAC

2D/3D Graphics (3515/3530 only)

Camera I/F
- Image Pipe
- Parallel I/F

L3/L4 Interconnect

**Peripherals**

Connectivity
- USB 2.0 HS OTG Controller
- USB Host Controller x2

System
- Timers GP x12 WDT x2

Serial Interfaces
- McBSP x5
- I²C x3
- UART x2
- HDQ/1-wire
- McSPI x4
- UART w/ IRDA

Program/Data Storage
- SDRC
- GPMC
- MMC/SD/SDIO x3

**Imagine the impact…**
**TI's KeyStone SoC + HP Moonshot**



HP PROJECT MOONSHOT



Software Defined Servers

"TI's KeyStone II-based SoCs, which integrate fixed- and floating-point DSP cores with multiple ARM® Cortex™A-15 MPCore processors, packet and security processing, and high speed interconnect…."

77% less costly
89% less energy
80% less space
97% less complex

HP Project Moonshot is dedicated to designing extreme low-energy server technologies

*We are pursuing HPC cartridges with HP and TI*

Source: S. Borkar, A. Chien, The Future of Microprocessors
http://cacm.acm.org/magazines/2011/5/107702-the-future-of-microprocessors/fulltext



WSOU-ARISTA001523



Lennart Johnsson
2015-02-06

# Heterogeneous Architectures



http://arstechnica.com/gadgets/2015/08/snapdragon-820-is-official-a-look-at-its-gpu-and-how-much-the-chip-matters/



WSOU-ARISTA001524



Lennart Johnsson
2015-02-06

# An aside – Big vs. Small



January 06, 2011. ….. On Wednesday, the GPU-maker -- and soon to be CPU-maker -- revealed its plans to build heterogeneous processors, which will encompass high performance ARM CPU cores alongside GPU cores. The strategy parallel's AMD's Fusion architectural approach that marries x86 CPUs with ATI GPUs on-chip.



WSOU-ARISTA001525

# 10x10 Microprocessor Architecture




- Many cores, each is 10 distinct accelerators achieving 100x better energy efficiency
  - o 10x lower power enables 10x more cores
  - o 10x better application performance on a core delivers 100x better overall performance
- Energy is the key limit, 10x10 approaches will outperform traditional
  - o Produce highest performance per "core" (optimized implementation)
  - o Produce highest performance chip (lowest energy/ops)

Source: A. Chien, http://www.lanl.gov/conferences/salishan/salishan2010/pdfs/Andrew%20A.%20Chien.pdf

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001526



Lennart Johnsson
2015-02-06

# 10x10 Assessment - Architecture

## 7 Micro-engines
## (not 10 in current assessment)



- One RISC core, MIPS-like instruction set, 5-stage pipeline
- Six specialized micro-engines

Source: A. Chien et. al. "10x10 A Case Study in Federated Heterogeneous Architecture", Dept. of Comp. Science, U. Chicago, January 2015

## UNIVERSITY *of* HOUSTON

WSOU-ARISTA001527



**Lennart Johnsson**
**2015-02-06**

# Relative Core Energy:  Floating-point vs Integer

FFT-LdSt: impact of FFT μ-engine
FFT-DLT: impact of FFT and DLT μ-engines



Conclusion: At 7 nm energy consumption for computation is practically independent of integer vs floating-point format



Source: T. Thank-Hoang et el., Does Arithmetic Logic Dominate Data Movement? A Systematic Comparison of Energy-Efficiency for FFT Accelerators, TR-2015-01, U. Chicago, March 2015

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001528



**Lennart Johnsson**
**2015-02-06**

# Relative System Energy 16-bit vs 32-bit



Source: T. Thank-Hoang et el., Does Arithmetic Logic Dominate Data Movement? A Systematic Comparison of Energy-Efficiency for FFT Accelerators, TR-2015-01, U. Chicago, March 2015



WSOU-ARISTA001529



Lennart Johnsson
2015-02-06

# The Hybrid Memory Cube

**Simple HMC Memory Management**



Simple memory requests and responses;
No DRAM timings or scaling issues to manage

Functions moved to HMC for management

Manufacturing Test
- Burn-in
- At-speed functional

Manage field maintenance and self test

Manage 100+ different DRAM timing parameters

Manage all present and future DRAM scaling and process variation issues

Non-Managed DRAM (DDR, WIO2, HBM, etc.)

HOST

## HMC$_{Gen1}$: Technology Comparison

*Generation 1 ( 4 + 1 memory configuration)*

| Technology | VDD | IDD | BW GB/s | Power (W) | mW/GB/s | pJ/bit | real pJ/bit |
|---|---|---|---|---|---|---|---|
| SDRAM PC133 1GB Module | 3.3 | 1.50 | 1.06 | 4.96 | 4664.97 | 583.12 | 762 |
| DDR-333 1GB Module | 2.5 | 2.19 | 2.66 | 5.48 | 2057.06 | 257.13 | 245 |
| DDRII-667 2GB Module | 1.8 | 2.88 | 5.34 | 5.18 | 971.51 | 121.44 | 139 |
| DDR3-1333 2GB Module | 1.5 | 3.68 | 10.66 | 5.52 | 517.63 | 64.70 | 52 |
| DDR4-2667 4GB Module | 1.2 | 5.50 | 21.34 | 6.60 | 309.34 | 38.67 | 39 |
| HMC, 4 DRAM w/ Logic | 1.2 | 9.23 | 128.00 | 11.08 | 86.53 | 10.82 | 13.7 |

*Simple calculation from IDD7 (SDRAM IDD4)*

Real system, some with lower density modules

- 1Gb 50nm DRAM Array
- 90nm prototype logic
- 512MB total DRAM cube
- 128GB/s Bandwidth
- 27mm x 27mm prototype
- Functional demonstrations!
- Reduced host CPU energy

HMC Gen 1 DRAM





1Gb Based DRAM Stack

Package Substrate

Source: J. Thomas Pawlowski, Micron, HotChips23, August 17 – 19, 2011

Requirements

TCO Valuation

**Channel Complexity** — 90% simpler than DDR3L, 88% simpler than DDR4 — pins

**Board Footprint** — 95% smaller than DDR3L, 94% smaller than DDR4 — mm2

**Energy Efficiency** — 66% greener than DDR3L, 55% greener than DDR4 — pJ/b

**Bandwidth** — 10.2X greater than DDR3L, 8.5X greater than DDR4 — MB/pin

Source: Todd Farrell, http://www.lanl.gov/conferences/salishan/salishan2014/Farrell.pdf

## UNIVERSITY *of* HOUSTON

WSOU-ARISTA001530



**Lennart Johnsson**
**2015-02-06**

# Processor/Platform Power Management



WSOU-ARISTA001531



**Lennart Johnsson**
**2015-02-06**

## Fine-grain Power Management—Many Core

| Mode | | Power Saving | Wake up |
|------|------|------|------|
| Normal | All active | - | - |
| Standby | Logic off Memory on | 50% | Fast |
| Sleep | Logic and Memory off | 80% | Slow |

**Dynamic, within a core**
**21 sleep regions per tile** (not all shown)

**Dynamic Chip Level**

**STANDBY:**
• Memory retains data
• 50% less power/tile
**FULL SLEEP:**
• Memories fully off
• 80% less power/tile



**Data Memory**
*Sleeping:*
*57% less power*

**Instruction Memory**
*Sleeping:*
*56% less power*

**Router**
*Sleeping:*
*10% less power*
*(stays on to*
*pass traffic)*

**FP Engine 1**
*Sleeping:*
*90% less power*

**FP Engine 2**
*Sleeping:*
*90% less power*

## Energy efficiency increases by 60%,
### (from 12 GF/W without to 19.4 GF/W with fine-grain power management)

Vangal et al, An 80-Tile Sub-100-W TeraFLOPS Processor in 65-nm CMOS, JSSC, January 2008

http://isscc.org/media/2012/plenary/David_Perlmutter/SilverlightLoader.html

UNIVERSITY *of* HOUSTON

WSOU-ARISTA001532



Lennart Johnsson
2015-02-06

# Intel Sandy Bridge CPU



Source: Key Nehalem Choices, Glenn Hinton, Intel, http://www.stanford.edu/class/ee380/Abstracts/100217-slides.pdf

Source: Efi Rotem, Alon Naveh, Doron Rajwan, Avinash Ananthakrishnan, Eli Weissmann
http://www.hotchips.org/hc23  2011-08-17 -- 19



WSOU-ARISTA001533



Lennart Johnsson
2015-02-06

# Software

| Challenge | Near-Term | Long-Term |
|---|---|---|
| 1,000-fold software parallelism | Data parallel languages and "mapping" of operators, library and tool-based approaches | New high-level languages, compositional and deterministic frameworks |
| Energy-efficient data movement and locality | Manual control, profiling, maturing to automated techniques (auto-tuning, optimization) | New algorithms, languages, program analysis, runtime, and hardware techniques |
| Energy management | Automatic fine-grain hardware management | Self-aware runtime and application-level techniques that exploit architecture features for visibility and control |
| Resilience | Algorithmic, application-software approaches, adaptive checking and recovery | New hardware-software partnerships that minimize checking and recomputation energy |

Source: S. Borkar, A. Chien, The Future of Microprocessors
http://cacm.acm.org/magazines/2011/5/107702-the-future-of-microprocessors/fulltext



WSOU-ARISTA001534



**Lennart Johnsson**
**2015-02-06**

# Energy -Software

Matrix Multiplication – Programmer Productivity vs (Energy) Efficiency



Source: Jim Larus, HiPEAC 2015

6.172 Saman Amarasinghe, MIT Fall 2011

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001535

# Software

- Explicit memory management – no cache coherence

- Explicit power management (thread/task allocation, voltage and frequency control)

- Complex programming environment – from VHDL (FPGA) to system level, libraries, ….

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001536



# Programming Heterogeneous Computer Systems is Very Complex

- ACPI, IPMI, BMC, UEFI,
- Explicit power management (thread/task allocation, voltage and frequency control)
- DMA, Assembly, ….
- Explicit memory management – no cache coherence
- Linux, Embedded Linux, ….
- Core: C, Embedded C, Fortran, SIMD, …..
- Multicore: OpenMP, Pthreads, TBB, Cilk, ….
- Heteregenous:  OpenCL, OpenACC, HAS, BOLT, …
- FPGA: Verilog, VHDL
- Clusters: MPI, UPC, Titanium, X10, Co-Array Fortran, Global Arrays, …



http://impact.crhc.illinois.edu/Shared/PR/Distinguished-lecture-U-Chicagp-1-22-2015.pdf

**UNIVERSITY** *of* **HOUSTON**

WSOU-ARISTA001537



# Thank You!



WSOU-ARISTA001538