# EXHIBIT 24



Designed for Microsoft Windows NT Windows 95

**The Ultimate Computer Reference**

The Comprehensive Standard for Business, School, Library, and Home

Over 2,300 New Terms With Online Updates Available Quarterly

# Microsoft Press Computer Dictionary

## Third Edition

- Over 7,600 terms and definitions
- 345 illustrations and diagrams
- Extensive Internet and Web coverage
- Featured in Microsoft® Bookshelf® 97



WSOU-ARISTA001554

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1997 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data pending.

ISBN 1-57231-743-4

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9   QMQM   2 1 0 9 8 7

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office. Or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at mspress.microsoft.com.

Macintosh, Power Macintosh, QuickTime, and TrueType fonts are registered trademarks of Apple Computer, Inc. Intel is a registered trademark of Intel Corporation. DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, Visual Basic, Visual C++, Win32, Win32s, Windows, Windows NT, and XENIX are registered trademarks and ActiveMovie, ActiveX, and Visual J++ are trademarks of Microsoft Corporation. Java is a trademark of Sun Microsystems, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

**Acquisitions Editor:** Kim Fryer
**Project Editors:** Maureen Williams Zimmerman, Anne Taussig
**Technical Editors:** Dail Magee Jr., Gary Nelson, Jean Ross, Jim Fuchs, John Conrow, Kurt Meyer, Robert Lyon, Roslyn Lutsch

WSOU-ARISTA001555

tasking, single-user operating system with a command-line interface, released in 1981, for IBM PCs and compatibles. MS-DOS, like other operating systems, oversees operations such as disk input and output, video support, keyboard control, and many internal functions related to program execution and file maintenance.

**MS-DOS mode** \M`S dos´ mōd, D-O-S´\ *n.* A shell in which the MS-DOS environment is emulated in 32-bit systems such as Windows 95. *See also* MS-DOS, shell[1].

**MS-DOS shell** \M`S dos´ shel, D-O-S´\ *n.* A shell environment based on a command line prompt that allows a user to interact with MS-DOS or an MS-DOS-emulating operating system.

**MSDOS.SYS** \M`S-dos`dot-sis´, M`S-D-O-S´dot-S-Y-S´\ *n.* One of two hidden system files installed on an MS-DOS startup disk. MSDOS.SYS, called IBMDOS.SYS in IBM releases of MS-DOS, contains the software that makes up the heart (kernel) of the operating system. *See also* IO.SYS.

**msec** \mil´ə-sek`ənd\ *n. See* millisecond.

**MSI** \M`S-I´\ *n. See* medium-scale integration.

**MSN** \M`S-N´\ *n. See* The Microsoft Network.

**MSP** \M`S-P´\ *n. See* Message Security Protocol.

**.ms.us** \dot-M-S`dot-U-S´\ *n.* On the Internet, the major geographic domain specifying that an address is located in Mississippi, United States.

**MS-Windows** \M`S-win´dōz\ *n. See* Windows.

**.mt** \dot`M-T´\ *n.* On the Internet, the major geographic domain specifying that an address is located in Malta.

**MTBF** \M`T-B-F´\ *n.* Acronym for mean time

which multiple users simultaneously participate in a role-playing game and interact with each other in real time. *Also called* multiuser simulation environment.

**Multibus** \mul`ti-bus´, mul`tē-bus´\ *n.* A computer expansion bus designed by Intel Corporation that is used extensively by designers of high performance workstations. A high-bandwidth bus (capable of extremely fast data transmission), Multibus also allows multiple bus masters. *See also* bus.

**multicast backbone** \mul`tē-kast bak`bōn, mul`ti-kast\ *n. See* MBONE.

**multicasting** \mul`tē-kas`tēng, mul`ti-kas`tēng\ *n.* The process of sending a message simultaneously to more than one destination on a network.

**Multi-Color Graphics Array** \mul`ti-kə-lər graf`iks ər-ā´, mul`tē-kə-lər\ *n. See* MCGA.

**multi-element** \mul`tē-el´ə-mənt, mul`ti-el´ə-mənt\ *adj.* Consisting of multiple data elements that all have the same format for storing the same kind of information. The data elements may be simple variables, as in an array of integer variables, or they may be more complicated data structures, as in an array of employee records each of which contains fields for an employee's name, Social Security number, pay rate, and so on.

**multifile sorting** \mul`ti-fīl sōr´tēng, mul`tē-fīl\ *n.* The process of sorting a body of data that resides in more than one file.

**MultiFinder** \mul`ti-fīn`dər, mul`tē-fīn´dər\ *n.* A version of the Apple Macintosh Finder that provides support for multitasking. The primary use

WSOU-ARISTA001556