# EXHIBIT 25

Houston Library

# IBM

# Dictionary of Computing

WSOU-ARISTA001557

/ST SELECTRIC typewriter.

/ST Magnetic tape

TR Mean time to repair. (I)   (A)

**ltiaddress** Pertaining to an instruction format containing more than one address part. (A)

TU Maximum transfer unit.

J Message unit.

**ltiaddress calling** A process that permits a user to … more than one data station. (T)

**ltiaddress instruction** (1) An instruction that contains more than one address; for example, two-… instruction, three-address instruction, n address … instruction. (T)   (2) Synonymous with multiple … instruction.

**ultiaperture core** A magnetic core, usually used for … nondestructive reading, with two or more holes through which wires can be passed in order to create … ore than one magnetic path. (I)   (A)   Synonymous with multiple aperture core.

*ote:* Multiple-aperture core is an obsolete technology.

**ltibyte control** Synonym for escape sequence.

**lticast** (1) Transmission of the same data to a … ected group of destinations. (T)   (2) See LAN lticast.

**lticast address** See group address.

**lticolored symbol** In the 3270 Information Display …em, a programmed symbol of more than one color …ned in a triple plane symbol set.

**tidimensional language** (1) A language whose …essions are assembled in more than one dimen-… for example, flowcharts, logic diagrams, block …ams, and decision tables. (A)   (2) Contrast with …imensional language.

**multidrop** A network topology that … control units to share a common path, thereby reducing the number of paths … channels and control units. Contrast with point-to-point topology.   See also poin… topology.

**multifiber cable** An optical cable that conta… more fibers. (E) See jumper cable, trunk c… also optical cable assembly.

**multifrequency push button set** A tele… push button dialing and multifrequency sig…

**multifrequency receiver (MFR)** A dev… decodes multifrequency signals from tele… data terminals.

**multifrequency signal** A signal made … superimposed audio frequency tones.

**multifrequency terminal** A termina… data characters as multifrequency sign…

**multifunction board** In a personal … or panel containing semiconductor … vides a number of options, such as … serial ports, for attaching peripher… features such as a clock/calend… memory.

**multifunction rotary switches** … switches on the operator/service … to one of 16 different position … either a clockwise or countercl…

**multijob operation** Concurre… from two or more jobs.

**multilanguage code page** … the international graphic ch… for the 93-character grap… national use graphic chara… the remaining code points …

**multileaving** A variation … allows several devices …

WSOU-ARISTA001558

**MT/ST** Magnetic tape SELECTRIC typewriter.

**MT/ST** Mean time to repair. (I) (A)

**MTTR** Mean time to repair. (I) (A)

**multiaddress** Pertaining to an instruction format containing more than one address part. (A)

**MTU** Maximum transfer unit.

**MU** Message unit.

**multiaddress calling** A process that permits a user to call more than one data station. (T)

**multiaddress instruction** (1) An instruction that contains more than one address; for example, two-address instruction, three-address instruction, n address address instruction. (T) (2) Synonymous with multiple address instruction.

**multiaperture core** A magnetic core, usually used for nondestructive reading, with two or more holes through which wires can be passed in order to create more than one magnetic path. (I) (A) Synonymous with multiple aperture core.

*Note:* Multiple-aperture core is an obsolete technology.

**multibyte control** Synonym for escape sequence.

**multicast** (1) Transmission of the same data to a selected group of destinations. (T) (2) See LAN multicast.

**multicast address** See group address.

**multicolored symbol** In the 3270 Information Display System, a programmed symbol of more than one color defined in a triple plane symbol set.

**multidimensional language** (1) A language whose expressions are assembled in more than one dimension; for example, flowcharts, logic diagrams, block diagrams, and decision tables. (A) (2) Contrast with one-dimensional language.

**multidomain network** Synonym for multiple-domain network.

**multidrop (network)** A network configuration in which there are one or more intermediate nodes on the path between a central node and an endpoint node. (T)

**multidrop line** Synonym for multipoint line.

**multidrop station** One of several stations connected to a multipoint channel at one location.

**multidrop topology** A network topology that allows multiple control units to share a common channel path, thereby reducing the number of paths between channels and control units. Contrast with switched point-to-point topology. See also point-to-point topology.

**multifiber cable** An optical cable that contains two or more fibers. (E) See jumper cable, trunk cable. See also optical cable assembly.

**multifrequency push button set** A telephone using push button dialing and multifrequency signaling.

**multifrequency receiver (MFR)** A demodulator that decodes multifrequency signals from telephone sets or data terminals.

**multifrequency signal** A signal made up of several superimposed audio frequency tones.

**multifrequency terminal** A terminal that transmits data characters as multifrequency signals.

**multifunction board** In a personal computer, a card or panel containing semiconductor devices that provides a number of options, such as parallel ports and serial ports, for attaching peripheral devices, special features such as a clock/calendar, and additional memory.

**multifunction rotary switches** In System/38, two switches on the operator/service panel that can be set to one of 16 different positions by rotating them in either a clockwise or counterclockwise direction.

**multijob operation** Concurrent execution of job steps from two or more jobs.

**multilanguage code page** An 8-bit code page with the international graphic characters on the code points for the 93-character graphic character set, and the national use graphic characters of other countries on the remaining code points.

**multileaving** A variation of BSC communication that allows several devices to communicate concurrently over a link without using station addresses.

**multileaving remote job entry** Fully synchronized, two-directional transmission of a variable number of data streams between two computers using BSC facilities.

**multileaving support** Fully synchronized two-directional transmission of a variable number of data streams between terminals and a computer using BSC facilities.

WSOU-ARISTA001559