IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br>    v.<br><br>ARISTA NETWORKS, INC.,<br><br>    Defendant. | Civil Action No. 6:20-cv-1083-ADA<br><br>JURY TRIAL DEMANDED |

**AMENDED STATUS REPORT RE: INTER-DISTRICT MOTION TO TRANSFER**

Pursuant to the Court's August 18, 2021 Second Amended Standing Order Regarding Motion for Inter-District Transfer, Defendant Arista Networks, Inc. hereby notifies the Court that its motion to transfer the above-captioned case to the Northern District of California is not yet fully briefed and ready for resolution.  Arista filed its motion to transfer on June 16, 2021.  Plaintiff WSOU served venue discovery in the form of requests for production, interrogatories, and a 30(b)(6) deposition notice, on June 21, 2021.  Arista timely responded to WSOU's discovery and WSOU deposed Arista's 30(b)(6) witness on venue topics and his declaration in support of the transfer motion on July 23, 2021.

On August 3, 2021, WSOU indicated to Arista that WSOU plans to file its opposition to Arista's transfer motion on August 31, 2021, and make any declarant WSOU might use available for deposition promptly such that Arista could file its reply brief on September 14, 2021.  The Court has not yet entered a Scheduling Order for the case but, pursuant to an April 28, 2021 email

1

received from the Court and reflected in the parties' proposed Scheduling Order (Dkt. 24), the *Markman* hearing is currently scheduled for September 20, 2021.

| | |
|---|---|
| Dated:  August 23, 2021 | Respectfully submitted, |
| | */s/  Paige Arnette Amstutz* |

Paige Arnette Amstutz
pamstutz@scottdoug.com
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Tel:  (512) 495-6300
Fax:  (512) 495-6399

Douglas E. Lumish (pro hac vice)
Jeffrey G. Homrig (pro hac vice)
Richard G. Frenkel (pro hac vice)
Linfong Tzeng (pro hac vice)
LATHAM & WATKINS, LLP
140 Scott Drive
Menlo Park, CA 94025
Tel:  (650) 328-4600
Fax:  (650) 463-2600
Doug.Lumish@lw.com
Jeff.Homrig@lw.com
Rick.Frenkel@lw.com
Linfong.Tzeng@lw.com

Brian Lewis (pro hac vice)
Amit Makker (pro hac vice)
LATHAM & WATKINS, LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel:  (415) 391-0600
Fax:  (415) 395-8095
Brian.Lewis@lw.com
Amit.Makker@lw.com

*Attorneys for Defendant
Arista Networks, Inc.*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on August 23, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                                */s/ Paige Arnette Amstutz*
                                                Paige Arnette Amstutz