# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARISTA NETWORKS, INC.,<br><br>　　　　Defendant. | Civil Action No. 6:20-cv-1083-ADA<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF AMIT MAKKER IN SUPPORT OF ARISTA NETWORKS, INC.'S REPLY CLAIM CONSTRUCTION BRIEF

I, Amit Makker, declare as follows:

1. I am an active member of the State Bar of California, a member in good standing of the Bar of this Court, an associate at Latham & Watkins LLP, and counsel for Arista Networks, Inc. in the above-titled action. I make this declaration in support of Arista Networks, Inc.'s Reply Claim Construction Brief. I have personal, first-hand knowledge of the matters set forth below and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 12 is a true and correct copy of U.S. Patent Publication No. 2005/0041665.

3. Attached hereto as Exhibit 13 is a true and correct copy of Exhibit B to WSOU's Preliminary Infringement Contentions, served May 3, 2021.

4. Attached hereto as Exhibit 14 is a true and correct copy of U.S. Patent No. 7,061,909.

5. Attached hereto as Exhibit 15 is a true and correct copy of 2010-2013 BMW 535I GT ICM INTEGRATED CHASSIS MANAGEMENT MODULE UNIT OEM 107080, available at https://autopartsville.com/products/2010-2013-bmw-535i-gt-icm-integrated-chassis-management-module-unit-oem-107080 (last accessed Aug. 24, 2021).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Oakland, California.

Dated: August 25, 2021

Respectfully submitted,

/s/ Amit Makker

Amit Makker (pro hac vice)
LATHAM & WATKINS, LLP

1

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
Amit.Makker@lw.com

*Attorney for Defendant
Arista Networks, Inc.*

2