# EXHIBIT 15

≡ **Auto***PartsVille*                                          🔍  👤 0  ⚙️

HOME  ›  2010-2013 BMW 535I GT ICM INTEGRATED CHASSIS MANAGEMENT MODULE UNIT OEM 107080

≡ SIDEBAR



          

## 2010-2013 BMW 535i GT ICM INTEGRATED CHASSIS MANAGEMENT MODULE UNIT OEM 107080

**AVAILABILITY** : Unavailable

**PRODUCT TYPE** : AutoParts

**VENDOR** : BMW

### $51.00

| 1 |   Sold   ♡ |

**HAVE A QUESTION?**                                          ❓ Ask a Question
Be the first to ask a question about this.

| DATAILS & COMPATIBILITY | SHIPPING & RETURNS & WARRANTY | REVIEWS | |
|---|---|---|---|

2010-2013 BMW 535i GT ICM INTEGRATED CHASSIS MANAGEMENT MODULE UNIT OEM 107080
OEM, Buy With Confidence, 60 Days Free Return!!
Donor Vehicle

| | |
|---|---|
| VIN: | WBAKB8C5XCC962444 |
| Make | BMW |
| Model: | 750I |
| Year: | 2012 |
| Mileage: | 115000 (0 = not available or unknown) |
| Stock Number: | AA0333 |
| Part Grade: | A |
| Part Category: | U |

**Notes:** INTEGRATED CHASSIS MANAGEMENT UNIT ICM MODULE, W/O ADAPT CRUISE, INTEGRATED CHASSIS MANAGEMENT UNIT, 6851242

**This part will fit these makes and models with these options**

- BMW 535i GT 13 ABS; Integrated Chassis Management unit (ICM), w/o adaptive cruise; w/o active steering; thru 06/30/12
- BMW 750i 09-12 ABS; Integrated Chassis Management unit (ICM), w/o adaptive cruise
- BMW 760i 10-12 ABS; Integrated Chassis Management unit, w/o adaptive cruise
- BMW ALPINA B7 11-12 ABS; Integrated Chassis Management unit, w/o adaptive cruise

- BMW 550i GT 10-12 ABS; Integrated Chassis Management unit (ICM), w/o adaptive cruise; w/o active steering
- BMW 550i GT 13 ABS; Integrated Chassis Management unit (ICM), w/o adaptive cruise; w/o active steering; thru 06/30/12
- BMW ACTIVEHYBRID 7 11-12 ABS; Integrated Chassis Management unit (ICM)
- BMW 535i GT 10-12 ABS; Integrated Chassis Management unit (ICM), w/o adaptive cruise; w/o active steering
- BMW 740i 11-12 ABS; Integrated Chassis Management unit, w/o adaptive cruise

**Compatibility List**

Please choose your vehicle's details for specific results.

| Year | Make | Model | Trim | Engine |
|------|------|-------|------|--------|
| -Select- | -Select- | -Select- | -Select- | -Select- |

Previous  1  2  3  4  5  Next

| Year | Make | Model | Trim | Engine | Notes |
|------|------|-------|------|--------|-------|
| 2009 | BMW | 750i | Base Sedan 4-Door | 4.4L 4395CC V8 GAS DOHC Turbocharged | For a 2009 BMW 750i ABS, Integrated Chassis Management unit (ICM), w/o adaptive cruise |
| 2009 | BMW | 750Li | Base Sedan 4-Door | 4.4L 4395CC V8 GAS DOHC Turbocharged | For a 2009 BMW 750i ABS, Integrated Chassis Management unit (ICM), w/o adaptive cruise |
| 2010 | BMW | 535i GT | Base Hatchback 4-Door | 3.0L 2979CC I6 GAS DOHC Turbocharged | For a 2010 BMW 535i GT ABS, Integrated Chassis Management unit (ICM), w/o adaptive cruise, w/o active steering |
| 2010 | BMW | 550i GT | Base Hatchback 4-Door | 4.4L 4395CC V8 GAS DOHC Turbocharged | For a 2010 BMW 550i GT ABS, Integrated Chassis Management unit (ICM), w/o adaptive cruise, w/o active steering |
| 2010 | BMW | 550i GT xDrive | Base Hatchback 4-Door | 4.4L 4395CC V8 GAS DOHC Turbocharged | For a 2010 BMW 550i GT ABS, Integrated Chassis Management unit (ICM), w/o adaptive cruise, w/o active steering |
| 2010 | BMW | 750i | Base Sedan 4-Door | 4.4L 4395CC V8 GAS DOHC Turbocharged | For a 2010 BMW 750i ABS, Integrated Chassis Management unit (ICM), w/o adaptive cruise |
| 2010 | BMW | 750i xDrive | Base Sedan 4-Door | 4.4L 4395CC V8 GAS DOHC Turbocharged | For a 2010 BMW 750i ABS, Integrated Chassis Management unit (ICM), w/o adaptive cruise |
| 2010 | BMW | 750Li | Base Sedan 4-Door | 4.4L 4395CC V8 GAS DOHC Turbocharged | For a 2010 BMW 750i ABS, Integrated Chassis Management unit (ICM), w/o adaptive cruise |
| 2010 | BMW | 750Li xDrive | Base Sedan 4-Door | 4.4L 4395CC V8 GAS DOHC Turbocharged | For a 2010 BMW 750i ABS, Integrated Chassis Management unit (ICM), w/o adaptive cruise |
| 2010 | BMW | 760Li | Base Sedan 4-Door | 6.0L 5972CC V12 GAS DOHC Turbocharged | For a 2010 BMW 760i ABS, Integrated Chassis Management unit, w/o adaptive cruise |

Previous  1  2  3  4  5  Next

**RELATED PRODUCTS**  ‹  ›



$29.93

00 01 02 03 04 2004 VOLVO S40 FRONT RIGHT WINDO ...



$29.93

00 01 02 03 04 2004 VOLVO S40 REAR LEFT WINDOW ...



$29.93

00 01 02 03 04 2004 VOLVO S40 REAR RIGHT WINDOW...



$45.38

00-04 2002 FORD F150 DASH DASHBOARD



00-04 20... DRIVER ...

CONTACT US                                                                    +

INFORMATION                                                                   +

ABOUT US                                                                      +

QUICK LINKS

+



© 2020 Auto Parts Ville. Designeb by APV IT. All Rights Reserved