# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br>v.<br><br>ARISTA NETWORKS, INC.<br><br>    Defendant. | CIVIL ACTION NO. 6:20-cv-01083-ADA<br><br>JURY TRIAL DEMANDED |

## NOTICE REGARDING AGREED EXTENSION OF DEADLINE TO SERVE FINAL INVALIDITY CONTENTIONS

The current deadline for Defendant Arista Networks, Inc. to serve Final Invalidity Contentions is November 15, 2021. *See* Dkt. 49 at p. 3. Pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, the parties have agreed to extend the deadline for Defendant Arista Networks, Inc. to serve Final Invalidity Contentions until and including December 15, 2021.

This extended discovery response deadline does not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Defendant conferred with Plaintiff and this is agreed upon relief.

Dated: October 21, 2021.

AGREED:

| | |
|---|---|
| */s/ Shawn Blackburn* | */s/ Paige Arnette Amstutz* |
| Max L. Tribble, Jr. | Paige Arnette Amstutz |
| Texas Bar No. 2021395 | SCOTT DOUGLASS & MCCONNICO LLP |
| Shawn Blackburn (pro hac vice) | 303 Colorado Street, Suite 2400 |
| Texas Bar No. 24089989 | Austin, TX 78701 |
| Bryce T. Barcelo (pro hac vice) | Telephone: (512) 495-6300 |
| Texas Bar No. 24092081 | Fax: (512) 495-6399 |
| | pamstutz@scottdoug.com |

| | |
|---|---|
| SUSMAN GODFREY L.L.P. <br> 1000 Louisiana Street, Suite 5100 <br> Houston, Texas 77002-5096 <br> Telephone: (713) 651-9366 <br> Fax: (713) 654-6666 <br> mtribble@susmangodfrey.com <br> sblackburn@susmangodfrey.com <br> bbarcelo@susmangodfrey.com <br><br> Kalpana Srinivasan (pro hac vice) <br> California Bar No. 237460 <br> SUSMAN GODFREY L.L.P. <br> 1900 Avenue of the Stars, 14th Floor <br> Los Angeles, California 90067-6029 <br> Telephone: (310) 789-3100 <br> Fax: (310) 789-3150 <br> ksrinivasan@susmangodfrey.com <br> rwright@susmangodfrey.com <br><br> *Attorneys for Plaintiff* <br> *WSOU Investments, LLC d/b/a Brazos Licensing and Development* | Douglas E. Lumish (pro hac vice) <br> Jeffrey G. Homrig (pro hac vice) <br> Richard G. Frenkel (pro hac vice) <br> Linfong Tzeng (pro hac vice) <br> LATHAM & WATKINS, LLP <br> 140 Scott Drive <br> Menlo Park, CA 94025 <br> Telephone: (650) 328-4600 <br> Fax: (650) 463-2600 <br> Doug.Lumish@lw.com <br> Jeff.Homrig@lw.com <br> Rick.Frenkel@lw.com <br> Linfong.Tzeng@lw.com <br><br> Amit Makker (pro hac vice) <br> LATHAM & WATKINS, LLP <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, CA 94111 <br> Telephone: (415) 391-0600 <br> Fax: (415) 395-8095 <br> Amit.Makker@lw.com <br><br> *Attorneys for Defendant* <br> *Arista Networks, Inc.* |

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on October 21, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz

2