# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br>v.<br><br>ARISTA NETWORKS, INC.<br><br>    Defendant. | CIVIL ACTION NO. 6:20-cv-01083-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION FOR ENTRY OF SUPPLEMENTAL CLAIM CONSTRUCTION ORDER

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and Defendant Arista Networks, Inc. jointly move for entry of a supplemental claim construction order, as follows:

The Court held a *Markman* hearing and entered its Claim Construction Order on September 24, 2021 [Dkt. 51]. The Claim Construction Order, however, does not include the parties' agreed upon constructions for two terms, as follows:

- for the '447 patent:

"aggregation switch" (cls. 1, 3-5, 12-16)

| Agreed Upon Construction |
|---|
| "a network switch residing at the aggregation layer" |

- for the '715 patent:

"connection means between the wireless node and the intrusion detection module for providing the intrusion detection module with a copy of the original data frames" (cl. 10)

| Agreed Upon Construction |
|---|
| Means plus function, subject to § 112, ¶ 6<br><br>**Function**: providing the intrusion detection module with a copy of the original data frames<br><br>**Structure**: secure link 30, operating according to a respective communication protocol in Figure 1 as well as equivalents thereof |

As such, the parties jointly request the Court grant the foregoing motion, adopt the parties' agreed constructions and enter the Supplemental Claim Construction Order attached hereto as **Exhibit A**.

Dated:  October 25, 2021

<u>/s/ Shawn Blackburn</u>
Max L. Tribble, Jr.
Texas Bar No. 2021395
Shawn Blackburn (pro hac vice)
Texas Bar No. 24089989
Bryce T. Barcelo (pro hac vice)
Texas Bar No. 24092081
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
mtribble@susmangodfrey.com
sblackburn@susmangodfrey.com
bbarcelo@susmangodfrey.com

Kalpana Srinivasan (pro hac vice)
California Bar No. 237460
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com
rwright@susmangodfrey.com

***Attorneys for Plaintiff***
***WSOU Investments, LLC d/b/a Brazos***
***Licensing and Development***

<u>/s/ Paige Arnette Amstutz</u>
Paige Arnette Amstutz
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Fax: (512) 495-6399
pamstutz@scottdoug.com

Douglas E. Lumish (pro hac vice)
Jeffrey G. Homrig (pro hac vice)
Richard G. Frenkel (pro hac vice)
Linfong Tzeng (pro hac vice)
LATHAM & WATKINS, LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Fax: (650) 463-2600
Doug.Lumish@lw.com
Jeff.Homrig@lw.com
Rick.Frenkel@lw.com
Linfong.Tzeng@lw.com

Amit Makker (pro hac vice)
LATHAM & WATKINS, LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Fax: (415) 395-8095
Amit.Makker@lw.com

***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on October 25, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                              */s/ Paige Arnette Amstutz*
                                              Paige Arnette Amstutz