# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br>v.<br><br>ARISTA NETWORKS, INC.<br><br>    Defendant. | CIVIL ACTION NO. 6:20-cv-01083-ADA<br><br>JURY TRIAL DEMANDED |

### SUPPLEMENTAL CLAIM CONSTRUCTION ORDER

The Court, having considered the parties' Joint Motion for Entry of Supplemental Claim Construction Order, finds that it is meritorious and that it should be GRANTED.

IT IS, THEREFORE, ORDERED that, in addition to the Court's constructions set forth in the Claim Construction Order dated September 24, 2021 [Dkt. 51], the Court hereby adopts and enters the parties' agreed upon constructions for the following terms:

| Term | Court's Final Construction |
|---|---|
| "aggregation switch"<br><br>U.S. Patent No. 8,472,447, Claims 1, 3-5, 12-16 | "a network switch residing at the aggregation layer" |
| "connection means between the wireless node and the intrusion detection module for providing the intrusion detection module with a copy of the original data frames"<br><br>U.S. Patent No. 7,409,715, Claim 10 | Subject to § 112, ¶ 6<br><br>**Function**: providing the intrusion detection module with a copy of the original data frames<br><br>**Structure**: secure link 30, operating according to a respective communication protocol in Figure 1 as well as equivalents thereof |

SIGNED this _____ day of_____, 2021.

                                                                _____
                                                                THE HONORABLE ALAN D ALBRIGHT
                                                                UNITED STATES DISTRICT COURT JUDGE