IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br>v.<br><br>ARISTA NETWORKS, INC.<br><br>    Defendant. | CIVIL ACTION NO. 6:20-cv-01083-ADA<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANT ARISTA NETWORKS, INC.'S UNOPPOSED MOTION FOR LEAVE TO SEAL PREVIOUSLY FILED TRANSCRIPT OF DEPOSITION OF ADAM SWEENEY [DKT. 38-2]**

BEFORE THE COURT is Defendant Arista Networks, Inc.'s Unopposed Motion for Leave to Seal Previously Filed Transcript of Deposition of Adam Sweeney [Dkt. 38-2] (the "Unopposed Motion for Leave").  The Court has considered the Unopposed Motion for Leave and finds that it should be and is hereby GRANTED.

The Clerk is hereby directed to place the entirety of the transcript of the deposition of Adam Sweeney previously filed as Docket 38-2 under seal until further order from the Court.

SIGNED this _____ day of _____, 2021.

                                                                          ALAN D ALBRIGHT
                                                                          UNITED STATES DISTRICT JUDGE