# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br>v.<br><br>ARISTA NETWORKS, INC.<br><br>    Defendant. | CIVIL ACTION NO. 6:20-cv-01083-ADA<br><br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO UNSEAL AND PUBLICLY FILE THE AMENDED ORDER GRANTING ARISTA NETWORKS, INC.'S MOTION TO TRANSFER [DKT. 59]

Pursuant to Federal Rule of Civil Procedure 5.2(d), Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and Defendant Arista Networks, Inc. (collectively, the "Parties") jointly request that the Amended Order Granting Arista Networks, Inc.'s Motion to Transfer (the "Amended Order"), which was previously filed by the Court under seal as Docket 59, be unsealed and be made available to the public. While the Parties appreciate the Court's proactiveness in seeking to protect potentially sensitive information from disclosure, neither of the Parties believes the Amended Order contains confidential information such that it should remain under seal. Thus, the Parties jointly request the Amended Order be unsealed and refiled in this cause as a publicly-available document.

Dated: November 12, 2021

| | |
|---|---|
| */s/ Shawn Blackburn* | */s/ Paige Arnette Amstutz* |
| Max L. Tribble, Jr. | Paige Arnette Amstutz |
| Texas Bar No. 2021395 | SCOTT DOUGLASS & MCCONNICO LLP |
| Shawn Blackburn (pro hac vice) | 303 Colorado Street, Suite 2400 |
| Texas Bar No. 24089989 | Austin, TX 78701 |
| Bryce T. Barcelo (pro hac vice) | Telephone: (512) 495-6300 |
| Texas Bar No. 24092081 | Fax: (512) 495-6399 |
| SUSMAN GODFREY L.L.P. | pamstutz@scottdoug.com |
| 1000 Louisiana Street, Suite 5100 | |
| Houston, Texas 77002-5096 | |

| | |
|---|---|
| Telephone: (713) 651-9366 | |
| Fax: (713) 654-6666 | |
| mtribble@susmangodfrey.com | Douglas E. Lumish (pro hac vice) |
| sblackburn@susmangodfrey.com | Jeffrey G. Homrig (pro hac vice) |
| bbarcelo@susmangodfrey.com | Richard G. Frenkel (pro hac vice) |
| | Linfong Tzeng (pro hac vice) |
| Kalpana Srinivasan (pro hac vice) | LATHAM & WATKINS, LLP |
| California Bar No. 237460 | 140 Scott Drive |
| SUSMAN GODFREY L.L.P. | Menlo Park, CA 94025 |
| 1900 Avenue of the Stars, 14th Floor | Telephone: (650) 328-4600 |
| Los Angeles, California 90067-6029 | Fax: (650) 463-2600 |
| Telephone: (310) 789-3100 | Doug.Lumish@lw.com |
| Fax: (310) 789-3150 | Jeff.Homrig@lw.com |
| ksrinivasan@susmangodfrey.com | Rick.Frenkel@lw.com |
| rwright@susmangodfrey.com | Linfong.Tzeng@lw.com |

*Attorneys for Plaintiff*
*WSOU Investments, LLC d/b/a Brazos Licensing and Development*

Amit Makker (pro hac vice)
LATHAM & WATKINS, LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Fax: (415) 395-8095
Amit.Makker@lw.com

*Attorneys for Defendant*
*Arista Networks, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on November 12, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz