**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | |
| Plaintiff, | CIVIL ACTION NO. 6:20-cv-01083-ADA |
| v. | |
| ARISTA NETWORKS, INC. | |
| | JURY TRIAL DEMANDED |
| Defendant. | |

**ORDER GRANTING JOINT MOTION TO UNSEAL AND PUBLICLY FILE THE
AMENDED ORDER GRANTING ARISTA NETWORKS, INC.'S
MOTION TO TRANSFER [DKT. 59]**

BEFORE THE COURT is the Joint Motion to Unseal and Publicly File the Amended Order

Granting Arista Network, Inc.'s Motion to Transfer [Dkt. 59] (the "Joint Motion to Unseal"). The

Court has considered the Joint Motion to Unseal and finds that it should be and is hereby

GRANTED.

The Clerk is hereby directed to unseal the Amended Order Granting Arista Networks, Inc.'s

Motion to Transfer previously filed as Docket 59, and refile same in this cause as a publicly-

available document.

SIGNED this _____ day of _____, 2021.


_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE