NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In re: ARISTA NETWORKS, INC.,**
*Petitioner*

2022-103

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 6:20-cv-01083-ADA, Judge Alan D. Albright.

**ON PETITION AND MOTION**

**O R D E R**

Upon consideration of Arista Networks, Inc.'s unopposed motion to voluntarily dismiss its petition,

IT IS ORDERED THAT:

The motion is granted to the extent that the petition is deemed withdrawn.

FOR THE COURT

November 12, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31