# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　Plaintiff,<br><br>v.<br><br>ARISTA NETWORKS, INC.<br><br>　　Defendant. | CIVIL ACTION NO. 6:20-cv-01083-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION TO UNSEAL AND PUBLICLY FILE THE AMENDED ORDER GRANTING ARISTA NETWORKS, INC.'S MOTION TO TRANSFER [DKT. 59]

BEFORE THE COURT is the Joint Motion to Unseal and Publicly File the Amended Order Granting Arista Network, Inc.'s Motion to Transfer [Dkt. 59] (the "Joint Motion to Unseal"). The Court has considered the Joint Motion to Unseal and finds that it should be and is hereby GRANTED.

The Clerk is hereby directed to unseal the Amended Order Granting Arista Networks, Inc.'s Motion to Transfer previously filed as Docket 59, and refile same in this cause as a publicly-available document.

SIGNED this 16th day of November, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE